# EXHIBIT 1



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C.

April 28, 2020

RE: 2020-04-251

Mr. Benjamin Gittleson
ABC News
1717 Desales St. NW
Washington, D.C.  20036

Email: benjamin.d.gittleson@abc.com

Dear Mr. Gittleson:

This letter acknowledges your Freedom of Information Act (FOIA) request submitted to the U.S. Department of the Treasury, dated April 16, 2020.  You seek, "access to and copies of all e-mail communication, meeting notes, and other relevant records concerning the decision to print President Donald Trump's name on Economic Impact Payment checks disseminated to Americans as part of stimulus, or relief, related from the impact of the COVID-19 pandemic."

I have initiated a search within Departmental Offices (DO), for records that would be responsive to your request.  I will make every effort to provide you with a timely response; however, please be advised that unusual circumstances exist regarding the search for and review of potentially responsive records.  The unusual circumstances are due to the consultation required between two or more program offices and/or a search is expected to result in voluminous records and/or a search is required to be conducted for records stored in field offices or warehouses off site; therefore, an additional processing extension of (10) days is required to process your request.  As with all FOIA requests, I invite you to consider contacting our office to discuss limiting the scope of your request which could significantly reduce the processing time of your request.

We will review your request for a fee waiver once our office ascertains that the billable costs will exceed our $25.00 billing threshold.

You have requested expedited processing.  The FOIA states that "each agency shall promulgate regulations … providing for expedited processing of requests for records."  There are two categories of requests that merit expedited review under Treasury's FOIA regulations:  (1) requests for which a lack of expedited treatment "could reasonably be expected to pose an imminent threat to the life or physical safety of an individual;" or (2) where there is an "urgency to inform the public about an actual or alleged Federal Government activity", if made by a person primarily engaged in disseminating information."

Based upon my review of the information contained in your request, and in consideration of the two factors identified above, I have determined to deny your request for expedited processing.

You have not demonstrated how not receiving the information you requested would reasonably be expected to pose an imminent threat to the life or physical safety of an individual or the urgency to inform the public about an actual or alleged Federal Government activity.

"Since Treasury's response to your request for expedited treatment constitutes an adverse action, you have the right to appeal this determination within 90 days from the date of this letter.  By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision.  Your appeal must be in writing, signed by you or your representative, and should contain the rationale for your appeal.  Please also cite the FOIA reference number noted above.   Your appeal should be addressed to:

>Ryan Law
>Deputy Assistant Secretary for Privacy, Transparency and Records
>FOIA Appeal
>FOIA and Transparency
>Privacy, Transparency, and Records
>Department of the Treasury
>1500 Pennsylvania Ave., N.W.
>Washington, D.C. 20220

If you submit your appeal by mail, clearly mark the letter and the envelope with the words "Freedom of Information Act Appeal."  Your appeal must be postmarked or electronically transmitted within **90 days** from the date of this letter.

If you would like to discuss this response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact Treasury's FOIA Public Liaison, for assistance via email at [FOIAPL@treasury.gov](mailto:FOIAPL@treasury.gov), or via phone at (202) 622-8098.

A FOIA Public Liaison is a supervisory official to whom FOIA requesters can raise questions or concerns about the agency's FOIA process. FOIA Public Liaisons can explain agency records, suggest agency offices that may have responsive records, provide an estimated date of completion, and discuss how to reformulate and/or reduce the scope of requests in order to minimize fees and expedite processing time.

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS) also mediates disputes between FOIA requesters and federal agencies as a non-exclusive alternative to litigation.  If you wish to contact OGIS, you may contact the agency directly at the following address, emails, fax or telephone numbers:

>Office of Government Information Services
>National Archives and Records Administration
>8601 Adelphi Road – OGIS

       College Park, MD 20740-6001
       Email: ogis@nara.gov
       Telephone: 202-741-5770
       Toll free: 1-877-684-6448
       Fax: 202-741-5769

Please note that contacting any agency official (including the FOIA analyst, FOIA Requester Service Center, FOIA Public Liaison) and/or OGIS is not an alternative to filing an administrative appeal and does not stop the 90- day appeal clock.

You may reach me via telephone at 202-622-0930, extension 2; or via email at FOIA@treasury.gov.  Please reference the FOIA number at the top of this letter when contacting our office about this request."

       Sincerely,

       *Cawana Pearson*

       Cawana Pearson
       FOIA Case Manager, FOIA and Transparency
       Privacy, Transparency, and Records (PTR)