IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN BROADCASTING COMPANIES, INC.**<br><br>and<br><br>**BENJAMIN GITTLESON**<br><br>     Plaintiffs,<br><br>     v.<br><br>**UNITED STATES DEPARTMENT OF THE TREASURY**<br><br>     Defendant. | Civil Action No. 20-cv-1568-CJN |

## NOTICE OF FILING OF PROOFS OF SERVICE

Plaintiffs respectfully submit the attached Affidavits of Mailing and attachments as proof that service of process has been effected on the United States Attorney's Office for the District of Columbia and the United States Attorney General in the above-captioned matter.

Dated:  July 9, 2020

Respectfully submitted,

*/s/ Katie Townsend*
Katie Townsend
D.C. Bar No. 1026115
Email: ktownsend@rcfp.org
Adam A. Marshall
D.C. Bar No. 1029423
Email: amarshall@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310

*Counsel for Plaintiffs*

1