CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

American Broadcasting Companies, Inc. and Benjamin Gittleson
_____
Plaintiff(s)

vs.

Civil Action No. 20-cv-1568-CJN

United States Department of the Treasury
_____
Defendant(s)

## AFFIDAVIT OF MAILING

I, Shannon Jankowski, hereby state that:

On the 17th day of June, 2020, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, ~~restricted delivery,~~ addressed to the following defendant:

United States Attorney, Civil Process Clerk, 555 4th Street NW, Washington, DC 20530

I have received the receipt for the certified mail, No. 7019 0700 0000 1414 0099 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 19th day of June, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

July 8, 2020            /s/ Shannon Jankowski
(Date)                           (Signature)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorney
Civil Process Clerk
555 4th St NW
Washington, DC 20530

9590 9402 5180 9122 6085 74

2. Article Number (Transfer from service label)

7019 0700 0000 1414 0099

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
JUN 19 2020

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

American Broadcasting Companies, Inc. and Benjamin Gittleson

Plaintiff(s)

Civil Action No. 20-cv-1568-CJN

vs.

United States Department of the Treasury

Defendant(s)

## AFFIDAVIT OF MAILING

I, Shannon Jankowski, hereby state that:

On the 17th day of June, 2020, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, ~~restricted delivery,~~ addressed to the following defendant:

United States Attorney General, United States Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530

I have received the receipt for the certified mail, No. 7019 0700 0000 1414 0075 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 19th day of June, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

July 8, 2020                                             /s/ Shannon Jankowski

(Date)                                                          (Signature)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorney General
US Dept of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

9590 9402 5180 9122 6085 98

2. Article Number (Transfer from service label)

7019 0700 0000 1414 0075

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
JUN 19 2020

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt