**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., <br><br> *and* <br><br> BENJAMIN GITTLESON, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY, <br><br> Defendant. | Civil Action No. 1:20-cv-01568 (CJN) |

## FIFTH JOINT STATUS REPORT

Pursuant to the Court's Minute Order entered December 8, 2020, the parties have conferred and report as follows:

1. This case concerns a Freedom of Information Act ("FOIA") request submitted by Plaintiffs American Broadcasting Companies, Inc. ("ABC") and Benjamin Gittleson ("Gittleson") (collectively, "Plaintiffs") to Defendant, the U.S. Department of the Treasury ("Treasury"), (the "Request").

2. On January 15, 2021, Treasury issued its final production to Plaintiffs, including 61 responsive pages, portions of which Treasury explained that it had withheld pursuant to FOIA Exemptions 5 and 6. Treasury also explained that it had withheld in full under Exemption 5 an additional 56 responsive pages.

3. The parties request additional time to confer regarding any potentially remaining issues and further proceedings in this matter.

4.   The parties therefore propose to file the next joint status report on or before February 5, 2021.

Dated: January 22, 2021                               Respectfully submitted,

                                                      BRIAN M. BOYNTON
                                                      Acting Assistant Attorney General

                                                      ELIZABETH J. SHAPIRO
                                                      Deputy Director
                                                      Federal Programs Branch


                                                       /s/ Amber Richer
                                                      AMBER RICHER (CA Bar No. 253918)
                                                      Trial Attorney
                                                      U.S. Department of Justice
                                                      Civil Division, Federal Programs Branch
                                                      1100 L Street, NW
                                                      Washington, D.C. 20530
                                                      Tel: (202) 514-3489
                                                      Email: amber.richer@usdoj.gov

                                                      *Attorneys for Defendant*


                                                      */s/ Katie Townsend*
                                                      Katie Townsend
                                                      D.C. Bar No. 1026115
                                                      Email: ktownsend@rcfp.org
                                                      Adam A. Marshall
                                                      D.C. Bar No. 1029423
                                                      Email: amarshall@rcfp.org
                                                      REPORTERS COMMITTEE FOR
                                                      FREEDOM OF THE PRESS
                                                      1156 15th Street NW, Suite 1020
                                                      Washington, DC 20005
                                                      Phone: 202.795.9300
                                                      Facsimile: 202.795.9310

                                                      *Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., <br><br>*and*<br><br> BENJAMIN GITTLESON,<br><br>    Plaintiffs,<br><br> v.<br><br> U.S. DEPARTMENT OF THE TREASURY,<br><br>    Defendant. | Civil Action No. 1:20-cv-01568 (CJN) |

### **[PROPOSED] ORDER**

Upon consideration of the Joint Status Report filed January 22, 2021, it is hereby

ORDERED that the parties shall file the next Joint Status Report by February 5, 2021.

Date: _____        _____

HON. CARL J. NICHOLS
United States District Judge

1