**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

AMERICAN BROADCASTING                )
COMPANIES, INC.,                     )
                                     )
*and*                                )
                                     )
BENJAMIN GITTLESON,                  )        Civil Action No. 1:20-cv-01568 (CJN)
                                     )
     Plaintiffs,                     )
                                     )
v.                                   )
                                     )
U.S. DEPARTMENT OF THE TREASURY,     )
                                     )
     Defendant.                      )
_____)

**SIXTH JOINT STATUS REPORT**

       Pursuant to the Court's Minute Order entered January 26, 2021, the parties have conferred and report as follows:

       1.       This case concerns a Freedom of Information Act ("FOIA") request submitted by Plaintiffs American Broadcasting Companies, Inc. ("ABC") and Benjamin Gittleson ("Gittleson") (collectively, "Plaintiffs") to Defendant, the U.S. Department of the Treasury ("Treasury"), (the "Request").

       2.       In the last joint status report, the parties requested additional time to confer regarding any potentially remaining issues and further proceedings in this matter.

       3.       The parties have since met and conferred to narrow the issues in dispute. Plaintiffs have agreed that they will not challenge the adequacy of Treasury's search, nor will they challenge Treasury's withholdings pursuant to Exemption 6. Treasury has agreed to provide Plaintiffs a draft index of the pages withheld in full pursuant to Exemption 5. Treasury has

1

agreed to provide this draft index for purposes of continued good-faith efforts by the parties to

further narrow or eliminate issues for judicial resolution in this case.

      4.     The parties therefore propose to file the next joint status report on or before April

2, 2021.

Dated: February 5, 2021                  Respectfully submitted,

                                    BRIAN M. BOYNTON
                                    Acting Assistant Attorney General

                                    ELIZABETH J. SHAPIRO
                                    Deputy Director
                                    Federal Programs Branch

                                   /s/ Amber Richer_____
                                  AMBER RICHER (CA Bar No. 253918)
                                  Trial Attorney
                                  U.S. Department of Justice
                                  Civil Division, Federal Programs Branch
                                  1100 L Street, NW
                                  Washington, D.C. 20530
                                  Tel: (202) 514-3489
                                  Email: amber.richer@usdoj.gov

                                  *Attorneys for Defendant*

                                  */s/ Adam A. Marshall_____*
                                  Adam A. Marshall
                                  D.C. Bar No. 1029423
                                  Email: amarshall@rcfp.org
                                  Katie Townsend
                                  D.C. Bar No. 1026115
                                  Email: ktownsend@rcfp.org
                                  REPORTERS COMMITTEE FOR
                                  FREEDOM OF THE PRESS
                                  1156 15th Street NW, Suite 1020
                                  Washington, DC 20005
                                  Phone: 202.795.9300
                                  Facsimile: 202.795.9310

                                  *Counsel for Plaintiffs*

2