# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., *and* BENJAMIN GITTLESON, <br><br>    Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY, <br><br>    Defendant. | Civil Action No. 1:20-cv-01568 (CJN) |

## **[PROPOSED] ORDER**

Upon consideration of the Joint Status Report filed February 5, 2021, it is hereby

ORDERED that the parties shall file the next Joint Status Report by April 2, 2021.

Date: _____    _____

HON. CARL J. NICHOLS
United States District Judge

1