IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., <br><br> *and* <br><br> BENJAMIN GITTLESON, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY, <br><br> Defendant. | Civil Action No. 1:20-cv-01568 (CJN) |

### NINTH JOINT STATUS REPORT

Pursuant to the Court's Minute Order entered April 19, 2021, the parties have conferred and report as follows:

1. This case concerns a Freedom of Information Act ("FOIA") request submitted by Plaintiffs American Broadcasting Companies, Inc. ("ABC") and Benjamin Gittleson ("Gittleson") (collectively, "Plaintiffs") to Defendant, the U.S. Department of the Treasury ("Treasury"), (the "Request").

2. As stated in recent joint status reports, ECF Nos. 13-16, the parties have been engaged in discussions to narrow or resolve the issues remaining in dispute.

3. As part of these negotiations, Treasury has agreed to issue a discretionary release of certain pages previously withheld in full.

4. The parties therefore request additional time to continue to engage in good-faith discussions to further narrow or eliminate issues for judicial resolution in this case.

5. The parties therefore propose to file the next joint status report on or before May 17, 2021.

Dated: April 30, 2021          Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch


 /s/ Amber Richer
AMBER RICHER (CA Bar No. 253918)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-3489
Email: amber.richer@usdoj.gov
*Attorneys for Defendant*


/s/ Adam A. Marshall
Adam A. Marshall
D.C. Bar No. 1029423
Email: amarshall@rcfp.org
Katie Townsend
D.C. Bar No. 1026115
Email: ktownsend@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., <br><br> *and* <br><br> BENJAMIN GITTLESON, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY, <br><br> Defendant. | Civil Action No. 1:20-cv-01568 (CJN) |

**[PROPOSED] ORDER**

Upon consideration of the Joint Status Report filed April 30, 2021, it is hereby

ORDERED that the parties shall file the next Joint Status Report by May 17, 2021.

Date: _____   _____

HON. CARL J. NICHOLS
United States District Judge

1