IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., <br><br> *and* <br><br> BENJAMIN GITTLESON, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY, <br><br> Defendant. | Civil Action No. 1:20-cv-01568 (CJN) |

## TENTH JOINT STATUS REPORT

Pursuant to the Court's Minute Order entered May 10, 2021, the parties have conferred and report as follows:

1. This case concerns a Freedom of Information Act ("FOIA") request submitted by Plaintiffs American Broadcasting Companies, Inc. ("ABC") and Benjamin Gittleson ("Gittleson") (collectively, "Plaintiffs") to Defendant, the U.S. Department of the Treasury ("Treasury"), (the "Request").

2. As stated in recent joint status reports, ECF Nos. 13–17, the parties have been engaged in discussions to narrow or resolve the issues remaining in dispute.

3. As part of these negotiations, Treasury agreed to issue a discretionary release of certain pages previously withheld in full. Treasury issued this discretionary release on April 30, 2021.

4. Having subsequently met and conferred, the parties have now determined that motions practice is necessary to resolve their remaining dispute concerning the application of Exemption 5.

5. Accordingly, the parties respectfully propose the following schedule for cross-motions for summary judgment:

- Defendant's motion for summary judgment shall be due on or before July 16, 2021;
- Plaintiffs' opposition and cross-motion for summary judgment shall be due on or before August 17, 2021;
- Defendant's reply and opposition to Plaintiffs' cross-motion shall be due on or before September 17, 2021;
- Plaintiffs' reply in support of their cross-motion shall be due on or before October 6, 2021.

Dated: May 17, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

 /s/ Amber Richer
AMBER RICHER (CA Bar No. 253918)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-3489

Email: amber.richer@usdoj.gov
*Attorneys for Defendant*


*s/ Adam A. Marshall*
Adam A. Marshall
D.C. Bar No. 1029423
Email: amarshall@rcfp.org
Katie Townsend
D.C. Bar No. 1026115
Email: ktownsend@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
*Counsel for Plaintiffs*