*ABC v. Department of the Treasury*,

No. 20-cv-1568-CJN (D.D.C.)

**Defendant's Motion for Summary Judgment**

# INDEX OF EXHIBITS

I.  STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE

II. DECLARATION OF MICHELLE A. DICKERMAN

   A. *Exhibit A – FOIA Request (April 16, 2020)*

   B. *Exhibit B – Acknowledgement Letter (April 28, 2020)*

   C. *Exhibit C – Response Letter (Sept. 30, 2020)*

   D. *Exhibit D – Response Letter (Oct. 30, 2020)*

   E. *Exhibit E – Response Letter (Nov. 30, 2020)*

   F. *Exhibit F – Response Letter (Jan. 15, 2021)*

   G. *Exhibit G – Index of Withholdings*

   H. *Exhibit H – Partial Withholdings*

III. PROPOSED ORDER