# Exhibit A

SharePoint                                    Newsfeed    OneDrive    Sites    ⚙    ❓

| | |
|---|---|
| Title | |
| Online FOIA ID | fce77e79c9e0445c90ed4700f8957e03 |
| First Name | Benjamin |
| Middle Initial | N/A |
| Last Name | Gittleson |
| Company Organization | ABC News |
| Phone Number | 6467409341 |
| Other Phone Number | N/A |
| Fax Number | N/A |
| Street Address Line1 | 1717 Desales St NW |
| Street Address Line2 | N/A |
| City | Washington |
| State | DC |
| Zip | 20036 |
| Country | N/A |
| Email Address | benjamin.d.gittleson@abc.com |
| Delivery Method | Electronic Copy |
| Bureau | Departmental Offices (Headquarters) |
| Description | Pursuant to the federal Freedom of Information Act (5 U.S.C. § 552), I request access to and copies of all e-mail communication, meeting notes, and other relevant records concerning the decision to print President Donald Trump's name on Economic Impact Payment checks disseminated to Americans as part of stimulus, or relief, related from the impact of the COVID-19 pandemic. |

I request access to and copies of all records regarding that decision, including but not limited to communications between Treasury Department officials, Internal Revenue Service officials, and White House officials.

I am requesting expedited processing of my request. Please see my "Expedited Processing Justification" statement. I am making this request as a journalist, and this information is of extremely timely value, as it directly relates to the government's response to the ongoing COVID-19 outbreak. It is of urgent interest to the public, and directly relates to public healthy and safety.

Please waive any applicable fees. As a representative of ABC News, I am gathering this information because it will contribute significantly to public understanding of government operations. Please see my "Fee Waiver Justification" statement.

I would like to receive the information electronically, via email.

If my request is denied in whole or part, I ask that you justify all deletions by reference to specific exemptions of the act. I will also expect you to release all segregable portions of otherwise exempt material. If parts of the documents can be prepared faster, please send them to me ahead.

If your agency does not maintain these public records, please let me know who does and include the proper custodian's name and contact information.

Given the public importance of this topic, please respond within 10 calendar days, as required by statute.

Thank you for your assistance.

| | |
|---|---|
| Fee Category | Media/Press |
| Request Type | FOIA |
| Request Fee Waiver | 1 |
| Request Expedited Processing | 1 |
| Will Pay Up To | 0.00 |
| Enter Electronic Signature Code | fce77e79c9e0445c90ed4700f8957e03 |
| Full Name | N/A |
| Created Date | 4/16/2020 10:08:11 AM |
| UserRefCode | fce77e79c9e0445c90ed4700f8957e03 |
| Processed Status | 2020-04-251 site created on 4/24/2020 10:48:05 AM |
| Expedited Processing Justification | I, Benjamin Gittleson, am a full time reporter for ABC News and made this request "as a person primarily engaged in disseminating information." |

This request concerns a matter of "urgency to inform the public concerning actual or alleged Federal Government" activity." This request was prompted by an interest in understanding the decision to print President Donald Trump's name on Economic Impact Payment checks disseminated to Americans as part of stimulus, or relief, related from the impact of the COVID-19 pandemic, including whether it resulted in a delay to the dissemination of those checks and an adverse impact on Americans' livelihoods and health.

As a nation, we are facing an unprecedented time in which millions of Americans are struggling with unemployment, as well as being able to cover the costs of rent, healthcare, food, and other bills. This request and the need to understand the position of the Federal Government regarding decisions it has made to meet its obligations for disseminating the Economic Impact Payment checks unquestionably satisfies the requirement that the request "concerns a matter of current exigency to the American public." The decision-making process behind placing the president's name on the checks, and whether it led to a delay in disseminating them, was widely reported the week of April 13, 2020, demonstrating the enormous public interest on this topic.

A delay in receiving the information that is the subject of this request will compromise the American public's ability to stay informed about and understand the dissemination of these important payments.

As this request concerns changes to a government payment program, it unquestionably concerns federal government activity and satisfies the final requirement of this statutory provision.

Given the public importance of this topic, please respond within 10 calendar days, as required by statute.

| | |
|---|---|
| Expedited Request Date | 2020-04-16 10:08:11 |
| Fee Waiver Justification | I request a fee waiver. Please waive any applicable fees. ABC News is a widely respected news organization that has been committed to bringing the American public fair and accurate reporting concerning matters of public interest. As a representative of ABC News, I am gathering this information because it will contribute significantly to public understanding of government operations. |
| Fee Waiver Request Date | 2020-04-16 10:08:11 |
| Request Date | 4/16/2020 10:08:11 AM |

Created at 4/23/2020 10:10 PM  by ☐ SpAdmin
Last modified at 4/24/2020 10:48 AM  by 🟥 Reid, Kathy

Close

# Exhibit B



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C.

April 28, 2020

RE: 2020-04-251

Mr. Benjamin Gittleson
ABC News
1717 Desales St. NW
Washington, D.C.  20036

Email: benjamin.d.gittleson@abc.com

Dear Mr. Gittleson:

This letter acknowledges your Freedom of Information Act (FOIA) request submitted to the U.S.
Department of the Treasury, dated April 16, 2020.  You seek, "access to and copies of all e-mail
communication, meeting notes, and other relevant records concerning the decision to print
President Donald Trump's name on Economic Impact Payment checks disseminated to
Americans as part of stimulus, or relief, related from the impact of the COVID-19 pandemic."

I have initiated a search within Departmental Offices (DO), for records that would be
responsive to your request.  I will make every effort to provide you with a timely response;
however, please be advised that unusual circumstances exist regarding the search for and
review of potentially responsive records.  The unusual circumstances are due to the
consultation required between two or more program offices and/or a search is expected to result
in voluminous records and/or a search is required to be conducted for records stored in field
offices or warehouses off site; therefore,  an additional processing extension of (10) days is
required to process your request.  As with all FOIA requests, I invite you to consider contacting
our office to discuss limiting the scope of your request which could significantly reduce the
processing time of your request.

We will review your request for a fee waiver once our office ascertains that the billable costs will
exceed our $25.00 billing threshold.

You have requested expedited processing.  The FOIA states that "each agency shall promulgate
regulations … providing for expedited processing of requests for records."  There are two
categories of requests that merit expedited review under Treasury's FOIA regulations:  (1)
requests for which a lack of expedited treatment "could reasonably be expected to pose an
imminent threat to the life or physical safety of an individual;" or (2) where there is an
"urgency to inform the public about an actual or alleged Federal Government activity", if made
by a person primarily engaged in disseminating information."

Based upon my review of the information contained in your request, and in consideration of the two factors identified above, I have determined to deny your request for expedited processing.

You have not demonstrated how not receiving the information you requested would reasonably be expected to pose an imminent threat to the life or physical safety of an individual or the urgency to inform the public about an actual or alleged Federal Government activity.

"Since Treasury's response to your request for expedited treatment constitutes an adverse action, you have the right to appeal this determination within 90 days from the date of this letter.  By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision.  Your appeal must be in writing, signed by you or your representative, and should contain the rationale for your appeal.  Please also cite the FOIA reference number noted above.  Your appeal should be addressed to:

> Ryan Law
> Deputy Assistant Secretary for Privacy, Transparency and Records
> FOIA Appeal
> FOIA and Transparency
> Privacy, Transparency, and Records
> Department of the Treasury
> 1500 Pennsylvania Ave., N.W.
> Washington, D.C. 20220

If you submit your appeal by mail, clearly mark the letter and the envelope with the words "Freedom of Information Act Appeal."  Your appeal must be postmarked or electronically transmitted within **90 days** from the date of this letter.

If you would like to discuss this response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact Treasury's FOIA Public Liaison, for assistance via email at <u>FOIAPL@treasury.gov</u>, or via phone at (202) 622-8098.

A FOIA Public Liaison is a supervisory official to whom FOIA requesters can raise questions or concerns about the agency's FOIA process. FOIA Public Liaisons can explain agency records, suggest agency offices that may have responsive records, provide an estimated date of completion, and discuss how to reformulate and/or reduce the scope of requests in order to minimize fees and expedite processing time.

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS) also mediates disputes between FOIA requesters and federal agencies as a non-exclusive alternative to litigation.  If you wish to contact OGIS, you may contact the agency directly at the following address, emails, fax or telephone numbers:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road – OGIS

2

College Park, MD 20740-6001
Email: ogis@nara.gov
Telephone: 202-741-5770
Toll free: 1-877-684-6448
Fax: 202-741-5769

Please note that contacting any agency official (including the FOIA analyst, FOIA Requester Service Center, FOIA Public Liaison) and/or OGIS is not an alternative to filing an administrative appeal and does not stop the 90- day appeal clock.

You may reach me via telephone at 202-622-0930, extension 2; or via email at FOIA@treasury.gov.  Please reference the FOIA number at the top of this letter when contacting our office about this request."

Sincerely,

*Cawana Pearson*

Cawana Pearson
FOIA Case Manager, FOIA and Transparency
Privacy, Transparency, and Records (PTR)

3

# Exhibit C



**DEPARTMENT OF THE TREASURY**
**WASHINGTON, D.C.**

September 30, 2020

Mr. Benjamin Gittleson
ABC News
1717 Desales St. NW
Washington, D.C. 20036

**VIA EMAIL**

      Re: *Am. Broadcasting Co., Inc. v. U.S. Dep't of the Treasury*, 1:20-cv-01568 (D.D.C.):
      Treasury's September 30, 2020 Production for FOIA Request 2020-04-251

Mr. Gittleson:

This letter describes the September 30, 2020 production from the U.S. Department of the
Treasury in the above referenced Freedom of Information Act (FOIA) litigation.  The request
sought "copies of all e-mail communication, meeting notes, and other relevant records
concerning the decision to print President Donald Trump's name on Economic Impact Payment
checks disseminated to Americans as part of stimulus, or relief, related from the impact of the
COVID-19 pandemic," and "copies of all records regarding that decision, including but not
limited to communications between Treasury Department officials, Internal Revenue Service
officials, and White House officials."

Enclosed are 388 responsive pages.  Portions of these documents are being withheld pursuant to
Exemption 6 of the FOIA.

If you have any questions concerning this response or a related matter, please contact Amber
Richer, U.S. Department of Justice, at (202) 514-3489, or amber.richer@usdoj.gov.

          Sincerely,

                        Digitally signed
                        by Ryan A. Law
                        Date: 2020.09.30
                        23:16:18 -04'00'

          Ryan Law
          Office of Privacy, Transparency, and Records
          U.S. Department of the Treasury

cc:      Amber Richer, Trial Attorney (via email)

Enclosure

# Exhibit D



# DEPARTMENT OF THE TREASURY
## WASHINGTON, D.C.

October 30, 2020

Mr. Benjamin Gittleson
ABC News
1717 Desales St. NW
Washington, D.C. 20036

**VIA EMAIL**

    Re: *Am. Broadcasting Co., Inc. v. U.S. Dep't of the Treasury*, 1:20-cv-01568 (D.D.C.):
    Treasury's September 30, 2020 Production for FOIA Request 2020-04-251

Mr. Gittleson:

This letter describes the October 30, 2020 production from the U.S. Department of the Treasury
(Treasury) in the above referenced Freedom of Information Act (FOIA) litigation.  The request
sought "copies of all e-mail communication, meeting notes, and other relevant records
concerning the decision to print President Donald Trump's name on Economic Impact Payment
checks disseminated to Americans as part of stimulus, or relief, related from the impact of the
COVID-19 pandemic," and "copies of all records regarding that decision, including but not
limited to communications between Treasury Department officials, Internal Revenue Service
officials, and White House officials."

Enclosed are 326 responsive pages.  Portions of these documents are being withheld pursuant to
Exemptions 5 and 6 of the FOIA.

If you have any questions concerning this response or a related matter, please contact Amber
Richer, U.S. Department of Justice, at (202) 514-3489, or amber.richer@usdoj.gov.

Sincerely,

Digitally signed by
Ryan A. Law
Date: 2020.10.30
17:14:30 -04'00'

Ryan Law
Office of Privacy, Transparency, and Records
U.S. Department of the Treasury

cc:    Amber Richer, Trial Attorney (via email)

Enclosure

# Exhibit E



**DEPARTMENT OF THE TREASURY**
**WASHINGTON, D.C.**

November 30, 2020

Mr. Benjamin Gittleson
ABC News
1717 Desales St. NW
Washington, D.C. 20036

**VIA EMAIL**

     Re: *Am. Broadcasting Co., Inc. v. U.S. Dep't of the Treasury*, 1:20-cv-01568 (D.D.C.):
     Treasury's November 30, 2020 Production for FOIA Request 2020-04-251

Mr. Gittleson:

This letter describes the November 30, 2020 production from the U.S. Department of the
Treasury (Treasury) in the above referenced Freedom of Information Act (FOIA) litigation.  The
request sought "copies of all e-mail communication, meeting notes, and other relevant records
concerning the decision to print President Donald Trump's name on Economic Impact Payment
checks disseminated to Americans as part of stimulus, or relief, related from the impact of the
COVID-19 pandemic," and "copies of all records regarding that decision, including but not
limited to communications between Treasury Department officials, Internal Revenue Service
officials, and White House officials."

Enclosed are 78 responsive pages.  Portions of these documents are being withheld pursuant to
Exemptions 5 and 6 of the FOIA.

If you have any questions concerning this response or a related matter, please contact Amber
Richer, U.S. Department of Justice, at (202) 514-3489, or amber.richer@usdoj.gov.

     Sincerely,

                                     Digitally signed by
                                     Ryan A. Law
                                     Date: 2020.11.30
                                     16:49:36 -05'00'

     Ryan Law
     Office of Privacy, Transparency, and Records
     U.S. Department of the Treasury

cc:     Amber Richer, Trial Attorney (via email)

Enclosure

# Exhibit F



**DEPARTMENT OF THE TREASURY**
**WASHINGTON, D.C.**

January 15, 2021

Mr. Benjamin Gittleson
ABC News
1717 Desales St. NW
Washington, D.C. 20036

**VIA EMAIL**

Re: *Am. Broadcasting Co., Inc. v. U.S. Dep't of the Treasury*, 1:20-cv-01568 (D.D.C.):
Treasury's January 15, 2021 Production for FOIA Request 2020-04-251

Mr. Gittleson:

This letter describes the January 15, 2021 production from the U.S. Department of the Treasury (Treasury) in the above referenced Freedom of Information Act (FOIA) litigation.  The request sought "copies of all e-mail communication, meeting notes, and other relevant records concerning the decision to print President Donald Trump's name on Economic Impact Payment checks disseminated to Americans as part of stimulus, or relief, related from the impact of the COVID-19 pandemic," and "copies of all records regarding that decision, including but not limited to communications between Treasury Department officials, Internal Revenue Service officials, and White House officials."

Enclosed are 61 responsive pages, portions of which are being withheld pursuant to Exemptions 5 and 6 of the FOIA.  An additional 56 responsive pages are being withheld in full under FOIA Exemption 5.

This concludes Treasury's production of records in this case.  If you have any questions concerning this response or a related matter, please contact Amber Richer, U.S. Department of Justice, at (202) 514-3489, or amber.richer@usdoj.gov.

Sincerely,

Digitally signed by
Ryan A. Law
Date: 2021.01.15
15:34:39 -05'00'

Ryan Law
Office of Privacy, Transparency, and Records
U.S. Department of the Treasury

cc:     Amber Richer, Trial Attorney (via email)

Enclosure

# Exhibit G

*ABC v. Treasury,* No. 20-cv-1568-CJN (D.D.C.)

*Vaughn* Index of Exemption 5 Withholdings

| Doc ID | Bates Range | Title | Date of Document | Description of Document | Exemption | Withheld |
|---|---|---|---|---|---|---|
| 77, 79, 81, 82 | 471-474 | RE: EIP Payments-check memo line | 5-Apr-20 | Four-page email chain among Public Affairs staff at Treasury, the Bureau of the Fiscal Service, and the Internal Revenue Service containing deliberative and pre-decisional discussion regarding proposed content of the memo line of Economic Impact Payment checks in response to a request from the Bureau of the Fiscal Service for guidance "as the checks could be going out" soon. | (b)(5) Deliberative Process Privilege | In Part, Prod. 2 |
| 552 | 716-717 | RE: WAPO story | 14-Apr-20 | Two-page internal email chain among Treasury Public Affairs, Tax Policy, and Fiscal staff, containing deliberative and pre-decisional discussion and exchange of ideas to develop a draft response to press inquiries concerning the content of the memo line of Economic Impact Payment checks and the signature on the checks. | (b)(5) Deliberative Process Privilege | In Part, Prod. 3 |
| 117 | 793-794 | RE: EIP Payments-check memo line | 5-Apr-20 | Two-page email chain involving principal staff at Treasury and the Bureau of the Fiscal Service containing deliberative and pre-decisional discussion regarding proposed content of the memo line of Economic Impact Payment checks, including the development of a mock up of the proposal. | (b)(5) Deliberative Process Privilege | In Part, Prod. 4 |
| 118 | 795-796 | RE: EIP Payments-check memo line | 5-Apr-20 | Two-page email chain involving principal staff at Treasury and the Bureau of the Fiscal Service containing deliberative and pre-decisional discussion regarding proposed content of the memo line of Economic Impact Payment checks, including a sample draft of the check, for decision to be made by the Secretary. | (b)(5) Deliberative Process Privilege | In Part, Prod. 4 |
| 193 | 797-798 | RE: Follow UP - Sample Checks | 9-Apr-20 | Two-page email chain among staff at Treasury and the Bureau of the Fiscal Service containing deliberative and pre-decisional discussion regarding proposed content of the memo line of Economic Impact Payment checks. In this email chain, the Assistant Commissioner for Payment Management in the Bureau of the Fiscal Service responds to a request from Fiscal Assistant Secretary David Lebryk for a mock up of a check and notes potential considerations. | (b)(5) Deliberative Process Privilege | In Part, Prod. 4 |

*ABC v. Treasury,* No. 20-cv-1568-CJN (D.D.C.)

*Vaughn* Index of Exemption 5 Withholdings

| Doc ID | Bates Range | Title | Date of Document | Description of Document | Exemption | Withheld |
|--------|-------------|-------|------------------|------------------------|-----------|----------|
| 207 | 799-801 | RE: Follow UP - Sample Checks | 9-Apr-20 | Two-page email chain among staff at Treasury and the Bureau of the Fiscal Service containing deliberative and pre-decisional discussion regarding proposed content of the memo line of Economic Impact Payment checks. In this email chain, the Assistant Commissioner for Payment Management in the Bureau of the Fiscal Service responds to a request from Fiscal Assistant Secretary David Lebryk for a mock up of a check and notes potential considerations; continued development of mock-up, noting that the "team is working on preparing a more realistic check." | (b)(5) Deliberative Process Privilege | In Part, Prod. 4 |
| 210 | 802-805 | FW: Sample EIP checks updated | 9-Apr-20 | Four-page internal email chain among staff at Treasury and the Bureau of the Fiscal Service, containing deliberative and pre-decisional analysis and draft material regarding proposal for the content of the memo line of Economic Impact Payment checks and the signature on the checks; ongoing discussion and exchange of check mock-ups prepared by Bureau of the Fiscal Service staff in response to a request from Fiscal Assistant Secretary David Lebryk. | (b)(5) Deliberative Process Privilege | In Part, Prod. 4 |
| 214 | 806 | RE: Sample EIP checks updated | 9-Apr-20 | One-page email chain among principal staff at the Bureau of the Fiscal Service containing deliberative and pre-decisional discussion regarding exchange of mock-ups showing proposed content of the memo line of Economic Impact Payment checks. | (b)(5) Deliberative Process Privilege | In Part, Prod. 4 |
| 215 | 807-810 | FW: Sample EIP checks updated | 9-Apr-20 | Four-page email chain among principal staff at Treasury and the Bureau of the Fiscal Service, containing deliberative and pre-decisional discussion regarding exchange of mock-ups showing proposed content of the memo line of Economic Impact Payment checks. | (b)(5) Deliberative Process Privilege | In Part, Prod. 4 |
| 388 | 811 | RE: Check Images | 13-Apr-20 | One-page email chain among principal staff at Treasury and the Internal Revenue Service, including the Deputy Chief of Staff and the IRS Commissioner, containing deliberative and pre-decisional discussion regarding proposed content of the memo line of Economic Impact Payment checks. | (b)(5) Deliberative Process Privilege | In Part, Prod. 4 |
| 420 | 812-814 | FW: Check Images | 14-Apr-20 | Three-page email chain among principal staff at Treasury, the Bureau of the Fiscal Service, and the Internal Revenue Service containing deliberative and pre-decisional discussion and draft material regarding proposed content of the memo line of Economic Impact Payment checks. | (b)(5) Deliberative Process Privilege | In Part, Prod. 4 |

*ABC v. Treasury,* No. 20-cv-1568-CJN (D.D.C.)

*Vaughn* Index of Exemption 5 Withholdings

| Doc ID | Bates Range | Title | Date of Document | Description of Document | Exemption | Withheld |
|---|---|---|---|---|---|---|
| 440 | 815-817 | RE: Check Images | 14-Apr-20 | Three-page email chain among principal staff at Treasury, the Bureau of the Fiscal Service, and the Internal Revenue Service containing deliberative and pre-decisional discussion and draft material regarding proposed content of the memo line of Economic Impact Payment checks. | (b)(5) Deliberative Process Privilege | In Part, Prod. 4 |
| 529 | 818-820 | FW EIP paper check information | 14-Apr-20 | Three-page email chain among principal staff at Treasury, the Bureau of the Fiscal Service, and the Internal Revenue Service containing deliberative and pre-decisional discussion regarding proposed plan for issuing Economic Impact Payment checks. | (b)(5) Deliberative Process Privilege | In Part, Prod. 4 |
| 587 | 823-825 | RE: WaPo: Coming to your $1200 relief check: Donald J. Trump's Name | 14-Apr-20 | Three-page email chain among Treasury and White House staff containing deliberative and pre-decisional discussion regarding media strategy related to proposed content of the memo line of Economic Impact Payment checks. | (b)(5) Deliberative Process Privilege*      [*page 823 inadvertently indicated withholdings under (b)(6) and (b)(8) in the body of the emails; these markings have been corrected and rereleased with the correct (b)(5) markings] | In Part, Prod. 4 |
| 589 | 826-828 | RE: WaPo: Coming to your $1200 relief check: Donald J. Trump's Name | 14-Apr-20 | Three-page email chain among Treasury and White House staff containing deliberative and pre-decisional discussion regarding media strategy related to proposed content of the memo line of Economic Impact Payment checks. | (b)(5) Deliberative Process Privilege | In Part, Prod. 4 |
| 604 | 832-834 | Re: Flagging:  The Washington Post: Coming to your $1200 relief check: Donald J. Trump's name | 14-Apr-20 | Three-page email chain among Public Affairs, Tax Policy, and other Treasury staff containing deliberative and pre-decisional discussion regarding media strategy related to proposed content of the memo line of Economic Impact Payment checks. | (b)(5) Deliberative Process Privilege | In Part, Prod. 4 |
| 865 | 842 | Treasury notice re Checks for Stimulus Payment | 16-Apr-20 | One-page email communication between staff at Treasury and the Bureau of the Fiscal Service containing deliberative and pre-decisional discussion regarding draft content of notice to be shared with the financial services industry regarding Economic Impact Payment checks. | (b)(5) Deliberative Process Privilege | In Part, Prod. 4 |
| 903 | 844-845 | FW: Treasury notice on checks | 17-Apr-20 | Two-page email between staff at Treasury, the Bureau of the Fiscal Service, and the Federal Reserve Board containing deliberative and pre-decisional discussion regarding draft content of notice to be shared with the financial services industry regarding Economic Impact Payment checks. | (b)(5) Deliberative Process Privilege | In Part, Prod. 4 |
| E2-4 | 852-853 | FW: Check Images | 11-Apr-20 | Two-page email chain among staff at Treasury, the Bureau of the Fiscal Service, and the Internal Revenue Service containing deliberative and pre-decisional draft material regarding proposed content of the memo line of Economic Impact Payment checks. | (b)(5) Deliberative Process Privilege | In Part, Prod. 4 |

*ABC v. Treasury,* No. 20-cv-1568-CJN (D.D.C.)

*Vaughn* Index of Exemption 5 Withholdings

| Doc ID | Bates Range | Title | Date of Document | Description of Document | Exemption | Withheld |
|---|---|---|---|---|---|---|
| 42 | 854-855 | RE: Changing a signature on the Treasury Check | 2-Apr-20 | Two-page internal email chain among the Fiscal Assistant Secretary, the Commissioner of the Bureau of the Fiscal Service, and other staff at Treasury and the Bureau of the Fiscal Service, containing deliberative and pre-decisional analysis regarding proposal for the content of the memo line of Economic Impact Payment checks and the signature on the checks. | (b)(5) Deliberative Process Privilege | In Full |
| 71 | 856-859 | RE: URGENT FW: Media question about stimulus payments Memo Line Check | 2-Apr-20 - 5-Apr-20 | Four-page internal email chain among staff at Treasury and the Bureau of the Fiscal Service, containing deliberative and pre-decisional analysis regarding proposal for the content of the memo line of Economic Impact Payment checks, the signature on the checks, and related media strategy. | (b)(5) Deliberative Process Privilege | In Full |
| 83 | 860-863 | RE: URGENT FW: Media question about stimulus payments Memo Line Check | 2-Apr-20 | Four-page internal email chain among staff at Treasury and the Bureau of the Fiscal Service, containing deliberative and pre-decisional analysis regarding proposal for the content of the memo line of Economic Impact Payment checks, the signature on the checks, and related media strategy. | (b)(5) Deliberative Process Privilege | In Full |
| 84 | 864 | Sample-John Doe Check memo line addedwithexplanations.pdf | none | Deliberative and predecisional draft of check considered for issuance under the Economic Impact Payment program. | (b)(5) Deliberative Process Privilege | Initially Withheld in Full and marked with Bates No. 864 and **RELEASED** in full in Treasury's Discretionary Production. |
| 194 | 865 | Sample-John Doe Check - Names Added to Memo Line.pdf | none | Deliberative and predecisional draft of check considered for issuance under the Economic Impact Payment program. | (b)(5) Deliberative Process Privilege | Initially Withheld in Full and marked Bates No. 865; however, remarked with Bates No. 911 and **RELEASED** in full in Treasury's Discretionary Production. |
| 195 | 866 | Sample-John Doe Check Memo line with IRS Info.pdf | none | Deliberative and predecisional draft of check considered for issuance under the Economic Impact Payment program. | (b)(5) Deliberative Process Privilege | Initially Withheld in Full and marked Bates No. 866; however, remarked with Bates No. 912 and **RELEASED** in full in Treasury's Discretionary Production. |
| 211 | 867 | EIP Check - Option 2.jpg | none | Deliberative and predecisional draft of check considered for issuance under the Economic Impact Payment program. | (b)(5) Deliberative Process Privilege | Initially Withheld in Full and marked Bates No. 867; however, remarked with Bates No. 913 and **RELEASED** in full in Treasury's Discretionary Production. |
| 212 | 868 | EIP Check - Option 3.jpg | none | Deliberative and predecisional draft of check considered for issuance under the Economic Impact Payment program. | (b)(5) Deliberative Process Privilege | Initially Withheld in Full and marked Bates No. 868; however, remarked with Bates No. 914 and **RELEASED** in full in Treasury's Discretionary Production. |
| 213 | 869 | EIP Check - Option 1.jpg | none | Deliberative and predecisional draft of check considered for issuance under the Economic Impact Payment program. | (b)(5) Deliberative Process Privilege | Initially Withheld in Full and marked Bates No. 869; however, remarked with Bates No. 915 and **RELEASED** in full in Treasury's Discretionary Production. |

*ABC v. Treasury,* No. 20-cv-1568-CJN (D.D.C.)

*Vaughn* Index of Exemption 5 Withholdings

| Doc ID | Bates Range | Title | Date of Document | Description of Document | Exemption | Withheld |
|--------|-------------|-------|------------------|------------------------|-----------|----------|
| 216 | 870 | EIP Check - Option 2.jpg | none | Deliberative and predecisional draft of check considered for issuance under the Economic Impact Payment program. | (b)(5) Deliberative Process Privilege | Initially Withheld in Full and marked Bates No. 870; however, remarked with Bates No. 916 and **RELEASED** in full in Treasury's Discretionary Production. |
| 217 | 871 | EIP Check - Option 3.jpg | none | Deliberative and predecisional draft of check considered for issuance under the Economic Impact Payment program. | (b)(5) Deliberative Process Privilege | Initially Withheld in Full and marked Bates No. 871; however, remarked with Bates No. 917 and **RELEASED** in full in Treasury's Discretionary Production. |
| 218 | 872 | EIP Check - Option 1.jpg | none | Deliberative and predecisional draft of check considered for issuance under the Economic Impact Payment program. | (b)(5) Deliberative Process Privilege | Initially Withheld in Full and marked Bates No. 872; however, remarked with Bates No. 918 and **RELEASED** in full in Treasury's Discretionary Production. |
| 256 | 873-874 | Time Sensitive: Treasury Check Legend - Economic Impact Payments | 11-Apr-20 | Two page internal email chain among senior attorneys at Treasury and the Bureau of the Fiscal Service, containing deliberative and pre-decisional analysis of legal questions regarding proposal for the content of the memo line of Economic Impact Payment checks. | (b)(5) Deliberative Process Privilege; Attorney-Client Privilege | In Full |
| 257 | 875 | EIP Check - Option 3.jpg | none | Deliberative and predecisional draft of check considered for issuance under the Economic Impact Payment program. | (b)(5) Deliberative Process Privilege | Initially Withheld in Full and marked Bates No. 875; however, remarked with Bates No. 919 and **RELEASED** in full in Treasury's Discretionary Production. |
| 266 | 876-877 | RE: Time Sensitive: Treasury Check Legend - Economic Impact Payments | 11-Apr-20 | Two page internal email chain among senior attorneys at Treasury and the Bureau of the Fiscal Service, containing deliberative and pre-decisional analysis of legal questions regarding proposal for the content of the memo line of Economic Impact Payment checks, the signature on the checks, and related media strategy. | (b)(5) Deliberative Process Privilege; Attorney-Client Privilege | In Full |
| 302 | 878-879 | RE: Sample EIP checks updated | 11-Apr-20 | Two-page internal email chain involving the Fiscal Assistant Secretary, Deputy General Counsel, and other senior attorneys at Treasury and the IRS, containing deliberative and pre-decisional discussion regarding proposed content of the memo line of Economic Impact Payment checks. | (b)(5) Deliberative Process Privilege; Attorney-Client Privilege | In Full |
| 305 | 880-881 | RE: Time Sensitive: Treasury Check Legend - Economic Impact Payments | 11-Apr-20 - 12-Apr-20 | Two page internal email chain among senior attorneys at Treasury and the Bureau of the Fiscal Service, containing deliberative and pre-decisional analysis of legal questions re: a proposal for the content of the memo line of Economic Impact Payment checks. | (b)(5) Deliberative Process Privilege; Attorney-Client Privilege | In Full |
| 311 | 882-883 | RE: Sample EIP checks updated | 11-Apr-20 - 12-Apr-20 | Two-page internal email chain involving the Fiscal Assistant Secretary, Deputy General Counsel, and other senior attorneys at Treasury and the IRS, containing deliberative and pre-decisional discussion regarding proposed content of the memo line of Economic Impact Payment checks and potential legal questions. | (b)(5) Deliberative Process Privilege; Attorney-Client Privilege | In Full |

*ABC v. Treasury,* No. 20-cv-1568-CJN (D.D.C.)
*Vaughn* Index of Exemption 5 Withholdings

| Doc ID | Bates Range | Title | Date of Document | Description of Document | Exemption | Withheld |
|---|---|---|---|---|---|---|
| 315 | 884-885 | RE: Sample EIP checks updated | 11-Apr-20 - 12-Apr-20 | Two-page email chain involving the Fiscal Assistant Secretary, Deputy General Counsel, and other senior attorneys at Treasury and the IRS, containing deliberative and pre-decisional discussion regarding proposed content of the memo line of Economic Impact Payment checks and potential legal questions. | (b)(5) Deliberative Process Privilege; Attorney-Client Privilege | In Full |
| 320 | 886-887 | RE: Sample EIP checks updated | 11-Apr-20 - 12-Apr-20 | Two-page email chain involving the Fiscal Assistant Secretary, Deputy General Counsel, and other senior attorneys at Treasury and the IRS, containing deliberative and pre-decisional discussion regarding proposed content of the memo line of Economic Impact Payment checks and potential legal questions. | (b)(5) Deliberative Process Privilege; Attorney-Client Privilege | In Full |
| 372 | 888-889 | Appropriations Issues | 13-Apr-20 | Email from IRS attorney to senior attorneys at Treasury and containing a legal analysis of the memo line of Economic Impact Payment checks and related proposed documentation. | (b)(5) Deliberative Process Privilege; Attorney-Client Privilege | In Full |
| 373 | 890-891 | Fwd: Appropriations Issues | 13-Apr-20 | Two-page email chain involving IRS attorneys and senior attorneys at Treasury containing a pre-decisional and deliberative legal analysis of the memo line of Economic Impact Payment checks and related proposed documentation. | (b)(5) Deliberative Process Privilege; Attorney-Client Privilege | In Full |
| 387 | 892-893 | RE: Appropriations Issues | April 12-13, 2020 | Two-page email chain involving IRS attorneys and senior attorneys at Treasury containing a pre-decisional and deliberative legal analysis of the memo line of Economic Impact Payment checks and related proposed documentation. | (b)(5) Deliberative Process Privilege; Attorney-Client Privilege | In Full |
| 421 | 894 | EIP Check - Option 3.jpg | none | Deliberative and predecisional draft of check considered for issuance under the Economic Impact Payment program. | (b)(5) Deliberative Process Privilege | Initially Withheld in Full and marked Bates No. 894; however,  remarked with Bates No. 921 and **RELEASED** in full in Treasury's Discretionary Production. |
| 281 | 895-896 | FW: Sample EIP checks updated | 11-Apr-20 | Two-page internal email chain involving the Fiscal Assistant Secretary, Deputy General Counsel, and other senior attorneys at Treasury and the IRS, containing deliberative and pre-decisional discussion regarding proposed content of the memo line of Economic Impact Payment checks and potential legal questions. | (b)(5) Deliberative Process Privilege; Attorney-Client Privilege | In Full |

*ABC v. Treasury,* No. 20-cv-1568-CJN (D.D.C.)

*Vaughn* Index of Exemption 5 Withholdings

| Doc ID | Bates Range | Title | Date of Document | Description of Document | Exemption | Withheld |
|---|---|---|---|---|---|---|
| 282 | 897 | Stimulus Check - Option 4.jpg | none | Deliberative and predecisional draft of check considered for issuance under the Economic Impact Payment program. | (b)(5) Deliberative Process Privilege | Initially Withheld in Full and marked Bates No. 897; however,  remarked with Bates No. 920 and **RELEASED** in full in Treasury's Discretionary Production. |
| 352 | 898-899 | RE: Sample EIP checks updated | 11-Apr-20 - 13-Apr-20 | Two-page internal email chain involving the Fiscal Assistant Secretary, Deputy General Counsel, and other senior attorneys at Treasury and the IRS, containing deliberative and pre-decisional discussion regarding proposed content of the memo line of Economic Impact Payment checks and potential legal questions. | (b)(5) Deliberative Process Privilege; Attorney-Client Privilege | In Full |
| 441 | 900 | Stimulus Check - Option 5.jpg | none | Deliberative and predecisional draft of check considered for issuance under the Economic Impact Payment program. | (b)(5) Deliberative Process Privilege | Initially Withheld in Full and marked Bates No. 900; however,  remarked with Bates No. 920 and **RELEASED** in full in Treasury's Discretionary Production. |
| 866 | 901-903 | Treasury Notice re Checks for Economic Impact Payments DRAFT 04162020 CLEAN.docx | 16-Apr-20 | Deliberative and predecisional draft of letter notice regarding details and timing of Economic Impact Payments. | (b)(5) Deliberative Process Privilege | Initially Withheld in Full and marked Bates Nos. 901-903; however, page 903 remarked with Bates No. 923 and **RELEASED** in Treasury's Discretionary Production; pages 901-903 remain withheld in full |
| 881 | 904-906 | Treasury Notice re Checks for Economic Impact Payments DRAFT 04172020.docx | 17-Apr-20 | Deliberative and predecisional draft of letter notice regarding details and timing of Economic Impact Payments. | (b)(5) Deliberative Process Privilege | Initially Withheld in Full and marked Bates Nos. 904-906; however, page 906 remarked with Bates No. 924 and **RELEASED** in Treasury's Discretionary Production; pages 904-905 remain withheld in full |
| E2-1 | 907 - 908 | RE: Check signature issue | 5-Apr-20 | Two-page email chain among staff at Treasury and the Bureau of the Fiscal Service regarding proposed content of the memo line of Economic Impact Payment checks. | (b)(5) Deliberative Process Privilege | In Full |
| E2-5 | 909 | EIP Check - Option 3.jpg | none | Deliberative and predecisional draft of check considered for issuance under the Economic Impact Payment program. | (b)(5) Deliberative Process Privilege | Initially Withheld in Full and marked Bates No. 909; however,  remarked with Bates No. 925 and **RELEASED** in full in Treasury's Discretionary Production. |

# Exhibit H

## Re: EIP payments - check memo line

**From:** (b)(6) @treasury.gov>
**To:** "Crowley, Monica" <monica.crowley@treasury.gov>, "Morgenstern, Brian" <brian.morgenstern@treasury.gov>
**Date:** Sun, 05 Apr 2020 12:51:43 -0400

Enthusiasm in these challenging times !

From: Crowley, Monica <Monica.Crowley@treasury.gov>
Date: April 5, 2020 at 11:36:15 AM EDT
To: Morgenstern, Brian <Brian.Morgenstern@treasury.gov>, (b)(6) @treasury.gov>
Subject: Re: EIP payments - check memo line

I vote for an exclamation point!

From: Morgenstern, Brian <Brian.Morgenstern@treasury.gov>
Date: April 5, 2020 at 11:18:37 AM EDT
To: (b)(6) @treasury.gov>, Crowley, Monica <Monica.Crowley@treasury.gov>
Subject: Fwd: EIP payments - check memo line

(b)(5) DP

From: (b)(6) @fiscal.treasury.gov>
Date: April 5, 2020 at 11:10:19 AM EDT
To: Lemons, Terry L <Terry.l.lemons@irs.gov>, Morgenstern, Brian <Brian.Morgenstern@treasury.gov>
Cc: (b)(6) @fiscal.treasury.gov>
Subject: EIP payments - check memo line

This message was sent securely using Zix ®

Good morning,

Fiscal Service needs guidance on what the memo line on the paper check will say.  Do you have anything on this?  We'll need to know as soon as we can as the checks could be going out as early as next week.

Thanks.

(b)(6)
*Team Lead - Legislative, Media and FOIA*
(b)(6) @fiscal.treasury.gov
*Office of Legislative & Public Affairs*
Bureau of the Fiscal Service
U.S. Department of the Treasury
(o:) (b)(6)



This message was secured by **Zix** ® .

## Re: EIP payments - check memo line

**From:** "Crowley, Monica" <monica.crowley@treasury.gov>
**To:** (b)(6) ████████████████ @treasury.gov>, "Morgenstern, Brian" <brian.morgenstern@treasury.gov>
**Date:** Sun, 05 Apr 2020 12:53:26 -0400

I think a ◆◆ is in order too

---

**From:** (b)(6) ██████████████ @treasury.gov>
**Date:** April 5, 2020 at 12:51:44 PM EDT
**To:** Crowley, Monica <Monica.Crowley@treasury.gov>, Morgenstern, Brian <Brian.Morgenstern@treasury.gov>
**Subject:** Re: EIP payments - check memo line

Enthusiasm in these challenging times !

---

**From:** Crowley, Monica <Monica.Crowley@treasury.gov>
**Date:** April 5, 2020 at 11:36:15 AM EDT
**To:** Morgenstern, Brian <Brian.Morgenstern@treasury.gov>, (b)(6) ████████████ @treasury.gov>
**Subject:** Re: EIP payments - check memo line

I vote for an exclamation point! ◆◆

---

**From:** Morgenstern, Brian <Brian.Morgenstern@treasury.gov>
**Date:** April 5, 2020 at 11:18:37 AM EDT
**To:** (b)(6) ████████ @treasury.gov>, Crowley, Monica <Monica.Crowley@treasury.gov>
**Subject:** Fwd: EIP payments - check memo line

**(b)(5) DP** ████████████████████████████████████

---

**From:** (b)(6) ██████████ @fiscal.treasury.gov>
**Date:** April 5, 2020 at 11:10:19 AM EDT
**To:** Lemons, Terry L <Terry.l.lemons@irs.gov>, Morgenstern, Brian <Brian.Morgenstern@treasury.gov>
**Cc:** (b)(6) ████████ @fiscal.treasury.gov>
**Subject:** EIP payments - check memo line

<div style="background:blue;color:white;text-align:center">This message was sent securely using Zix ®</div>

Good morning,

Fiscal Service needs guidance on what the memo line on the paper check will say.  Do you have anything on this?  We'll need to know as soon as we can as the checks could be going out as early as next week.

Thanks.

(b)(6)
*Team Lead - Legislative, Media and FOIA*
(b)(6) @fiscal.treasury.gov
*Office of Legislative & Public Affairs*
Bureau of the Fiscal Service
U.S. Department of the Treasury
(o:) (b)(6)



This message was secured by **Zix** ® .

Declaration of Michelle A. Dickerman
Exhibit H Page 2

## Re: EIP payments - check memo line

**From:** "Morgenstern, Brian" (b)(6)
(b)(6)                                                    morgenstern,">

**To:** (b)(6)                    @fiscal.treasury.gov>, "Lemons, Terry L" <terry.l.lemons@irs.gov>

**Cc:** (b)(6)                    @fiscal.treasury.gov>

**Date:** Sun, 05 Apr 2020 12:59:49 -0400

(b)(5) DP

**From:** (b)(6)                    @fiscal.treasury.gov>
**Date:** April 5, 2020 at 11:10:19 AM EDT
**To:** Lemons, Terry L <Terry.l.lemons@irs.gov>, Morgenstern, Brian <Brian.Morgenstern@treasury.gov>
**Cc:** (b)(6)                    @fiscal.treasury.gov>
**Subject:** EIP payments - check memo line

This message was sent securely using Zix ®

Good morning,

Fiscal Service needs guidance on what the memo line on the paper check will say.  Do you have anything on this?  We'll need to know as soon as we can as the checks could be going out as early as next week.

Thanks.

(b)(6)
*Team Lead - Legislative, Media and FOIA*
(b)(6)            @fiscal.treasury.gov
*Office of Legislative & Public Affairs*
Bureau of the Fiscal Service
U.S. Department of the Treasury
(o): (b)(6)



This message was secured by **Zix** ® .

## Re: EIP payments - check memo line

| | |
|---|---|
| **From:** | brian.morgenstern@treasury.gov |
| **To:** | (b)(6) ███████████ @fiscal.treasury.gov>, "Lemons, Terry L" <terry.l.lemons@irs.gov> |
| **Cc:** | (b)(6) ███████████ @fiscal.treasury.gov> |
| **Date:** | Sun, 05 Apr 2020 12:59:59 -0400 |

(b)(5) DP ████████████████████████████

**From:** (b)(6) ███████████
**Date:** April 5, 2020 at 11:10:19 AM EDT
**To:** Lemons, Terry L , Morgenstern, Brian
**Cc:** (b)(6) ████████
**Subject:** EIP payments - check memo line

## RE: WAPO story

| | |
|---|---|
| **From:** | "Lebryk, David" <david.lebryk@treasury.gov> |
| **To:** | "Crowley, Monica" <monica.crowley@treasury.gov>, (b)(6) ███████ @treasury.gov>, "Kautter, David" <david.kautter@treasury.gov> |
| **Date:** | Tue, 14 Apr 2020 16:58:34 -0400 |
| **Attachments:** | Stimulus Check - Option 5.jpg (4.63 MB) |

Would note that the President's signature will not appear on the check.   His name will appear on the memo line (see attached)

---

**From:** Crowley, Monica <Monica.Crowley@treasury.gov>
**Sent:** Tuesday, April 14, 2020 4:56 PM
**To:** (b)(6) ███████ @treasury.gov>; Kautter, David <David.Kautter@treasury.gov>
**Cc:** Lebryk, David <David.Lebryk@treasury.gov>
**Subject:** RE: WAPO story

Good---edits below

Monica Crowley
Assistant Secretary of the Treasury
   For Public Affairs
Monica.Crowley@Treasury.gov

**From:** (b)(6) ███████ @treasury.gov>
**Sent:** Tuesday, April 14, 2020 4:53 PM
**To:** Kautter, David <David.Kautter@treasury.gov>; Crowley, Monica <Monica.Crowley@treasury.gov>
**Cc:** Lebryk, David <David.Lebryk@treasury.gov>
**Subject:** RE: WAPO story

Something like:

On background, attributable to a Treasury spokesperson:

(b)(5) DP

---

**From:** Kautter, David <David.Kautter@treasury.gov>
**Sent:** Tuesday, April 14, 2020 4:49 PM
**To:** (b)(6) ███████ @treasury.gov>; Crowley, Monica <Monica.Crowley@treasury.gov>
**Cc:** Lebryk, David <David.Lebryk@treasury.gov>
**Subject:** RE: WAPO story

There is no delay whatsoever in the checks going out.  They are going out exactly as planned.  In fact, we expect the first checks to be in the mail early next week which is well in advance of when the first checks went out in 2008 and well in advance of initial estimates.

Copying Dave Lebryk for confirmation.

**From:** (b)(6) ███████ @treasury.gov>
**Sent:** Tuesday, April 14, 2020 4:24 PM
**To:** Crowley, Monica <Monica.Crowley@treasury.gov>; Kautter, David <David.Kautter@treasury.gov>
**Subject:** WAPO story

Washington Post is writing a story on how Treasury is directing IRS to have the President's signature on the memo line of Economic Impact Checks. They are hearing this is causing distribution of the checks to be delayed

Is there any truth to this?

She is also asking:

-What was the thinking behind this?
-Is there historical precedent for this?
- When is the new date for the checks to go out, how long was the delay?

She is writing tonight.

## RE: EIP payments - check memo line

| | |
|---|---|
| **From:** | (b)(6) @fiscal.treasury.gov> |
| **To:** | "Lebryk, David" <david.lebryk@treasury.gov> |
| **Date:** | Sun, 05 Apr 2020 16:17:39 -0400 |

> This message was sent securely using Zix ®

Tracking it down.

**From:** David.Lebryk@treasury.gov <David.Lebryk@treasury.gov>
**Sent:** Sunday, April 5, 2020 3:20 PM
**To:** (b)(6) @fiscal.treasury.gov>
**Subject:** Fwd: EIP payments - check memo line

> This message was sent securely using Zix Corp.

Tom — can you also get a mock up of what a bank statement is likely to look like for the eip ach deposit?

Thanks.

Dave

**From:** Crowley, Monica <Monica.Crowley@treasury.gov>
**Date:** April 5, 2020 at 2:54:05 PM EDT
**To:** Kautter, David <David.Kautter@treasury.gov>, Lebryk, David <David.Lebryk@treasury.gov>
**Cc:** Morgenstern, Brian <Brian.Morgenstern@treasury.gov>, (b)(6) @treasury.gov>
**Subject:** Fwd: EIP payments - check memo line

Hi Dave and Dave,
(b)(5)

**From:** (b)(6) @fiscal.treasury.gov>
**Date:** April 5, 2020 at 1:27:47 PM EDT
**To:** Morgenstern, Brian <Brian.Morgenstern@treasury.gov>, Lemons, Terry L <Terry.l.lemons@irs.gov>
**Cc:** (b)(6) @fiscal.treasury.gov>
**Subject:** RE: EIP payments - check memo line

> This message was sent securely using Zix ®

(b)(5)

FYI - I've attached a sample copy of the check with explanations about the memo notations, if this helps.

**From:** Brian.Morgenstern@treasury.gov <Brian.Morgenstern@treasury.gov>
**Sent:** Sunday, April 5, 2020 1:00 PM
**To:** (b)(6) @fiscal.treasury.gov>; Terry.l.lemons@irs.gov
**Cc:** (b)(6) @fiscal.treasury.gov>
**Subject:** Re: EIP payments - check memo line

> This message was sent securely using Zix Corp.

(b)(5)

**From:** (b)(6) @fiscal.treasury.gov >
**Date:** April 5, 2020 at 11:10:19 AM EDT
**To:** Lemons, Terry L < Terry.l.lemons@irs.gov >, Morgenstern, Brian < Brian.Morgenstern@treasury.gov >
**Cc:** (b)(6) @fiscal.treasury.gov >
**Subject:** EIP payments - check memo line

> This message was sent securely using Zix ®

Good morning,

Fiscal Service needs guidance on what the memo line on the paper check will say. Do you have anything on this? We'll need to know as soon as we can as the checks could be going out as early as next week.

Thanks.

(b)(6)
*Team Lead - Legislative, Media and FOIA*
(b)(6)        @fiscal.treasury.gov
*Office of Legislative & Public Affairs*
Bureau of the Fiscal Service
U.S. Department of the Treasury
(o:) (b)(6)

This message was secured by Zix ® .

---------------------------------------------------
This message was secured by Zix Corp (R) .

This message was secured by Zi x ® .

---------------------------------------------------
This message was secured by Zix Corp (R) .

This message was secured by Zix ® .

## RE: EIP payments - check memo line

| | |
|---|---|
| **From:** | (b)(6) @treasury.gov> |
| **To:** | "Crowley, Monica" <monica.crowley@treasury.gov> |
| **Date:** | Sun, 05 Apr 2020 16:24:40 -0400 |

FYI putting together a press release for web portal/app that should be up and running soon

---

**From:** Crowley, Monica <Monica.Crowley@treasury.gov>
**Date:** April 5, 2020 at 3:15:19 PM EDT
**To:** Kautter, David <David.Kautter@treasury.gov>, Lebryk, David <David.Lebryk@treasury.gov>
**Cc:** Morgenstern, Brian <Brian.Morgenstern@treasury.gov> (b)(6) @treasury.gov>
**Subject:** RE: EIP payments - check memo line

Thank you!

---

**From:** Kautter, David <David.Kautter@treasury.gov>
**Date:** April 5, 2020 at 3:02:07 PM EDT
**To:** Crowley, Monica <Monica.Crowley@treasury.gov>, Lebryk, David <David.Lebryk@treasury.gov>
**Cc:** Morgenstern, Brian <Brian.Morgenstern@treasury.gov>, (b)(6) @treasury.gov>
**Subject:** RE: EIP payments - check memo line

Monica

(b)(5)

(b)(5)                                                      The decision is the Secretary's to make.

Dave

---

**From:** Crowley, Monica <Monica.Crowley@treasury.gov>
**Sent:** Sunday, April 5, 2020 2:54 PM
**To:** Kautter, David <David.Kautter@treasury.gov>; Lebryk, David <David.Lebryk@treasury.gov>
**Cc:** Morgenstern, Brian <Brian.Morgenstern@treasury.gov>; (b)(6) @treasury.gov>
**Subject:** Fwd: EIP payments - check memo line

Hi Dave and Dave,

(b)(5)

---

**From:** (b)(6) @fiscal.treasury.gov>
**Date:** April 5, 2020 at 1:27:47 PM EDT
**To:** Morgenstern, Brian <Brian.Morgenstern@treasury.gov>, Lemons, Terry L <Terry.l.lemons@irs.gov>
**Cc:** (b)(6) @fiscal.treasury.gov>
**Subject:** RE: EIP payments - check memo line

| This message was sent securely using Zix ® |
|---|

(b)(5)

FYI - I've attached a sample copy of the check with explanations about the memo notations, if this helps.

**From:** Brian.Morgenstern@treasury.gov <Brian.Morgenstern@treasury.gov>
**Sent:** Sunday, April 5, 2020 1:00 PM
**To:** (b)(6) @fiscal.treasury.gov>; Terry.l.lemons@irs.gov
**Cc:** (b)(6) @fiscal.treasury.gov>
**Subject:** Re: EIP payments - check memo line

| This message was sent securely using  Zix Corp. |
|---|

(b)(5)

---

**From:** (b)(6) @fiscal.treasury.gov >
**Date:** April 5, 2020 at 11:10:19 AM EDT
**To:** Lemons, Terry L <Terry.l.lemons@irs.gov >, Morgenstern, Brian < Brian.Morgenstern@treasury.gov >
**Cc:** (b)(6) @fiscal.treasury.gov >

**Subject:** EIP payments - check memo line

This message was sent securely using Zix®

Good morning,

Fiscal Service needs guidance on what the memo line on the paper check will say.  Do you have anything on this?  We'll need to know as soon as we can as the checks could be going out as early as next week.

Thanks.

(b)(6)
*Team Lead - Legislative, Media and FOIA*
(b)(6) @fiscal.treasury.gov
*Office of Legislative & Public Affairs*
Bureau of the Fiscal Service
U.S. Department of the Treasury
(o:) (b)(6)

This message was secured by **Zix**®.


---------------------------------------------------------------

This message was secured by **Zix Corp** (R).


This message was secured by **Zix**®.

## RE: Follow Up - Sample checks

**From:**   Ronda L. Kent <ronda.kent@fiscal.treasury.gov>
**To:**   "Lebryk, David" <david.lebryk@treasury.gov>
**Cc:**   "Gribben, Timothy E." <timothy.gribben@fiscal.treasury.gov>, Jeffrey J. Schramek <jeffrey.schramek@fiscal.treasury.gov>, "Till, Gregory" <gregory.till@treasury.gov>, Vona S. Robinson <susan.robinson@fiscal.treasury.gov>, (b)(6)
   (b)(6)      @fiscal.treasury.gov>
**Date:**   Thu, 09 Apr 2020 15:50:27 -0400

This message was sent securely using Zix ®

Dave –

As requested, attached is a sample mock-up check from Susan's team (b)(5)
(b)(5)                        For comparison, I also attached the existing mock-up with the memo information that IRS staff had provided.

Some things to note:

- The team is working on a more realistic version of the checks with the OR and bar codes.
- (b)(5)
- The information would be included in the payment file from IRS.
- (b)(5)

- (b)(5)

(b)(5)

Many thanks to Susan's team for turning this around so quickly.  Please let us know if this meets your request or if you have any other questions.

Ronda

-------------------------------------------------------------------------------------------------

Ronda Kent
Assistant Commissioner for Payment Management
Bureau of the Fiscal Service, U.S. Department of the Treasury
Office:  (202) 874-5319
Mobile:  (b)(6)
Email:  ronda.kent@fiscal.treasury.gov
www.fiscal.treasury.gov
www.fmvision.fiscal.treasury.gov

**From:** David.Lebryk@treasury.gov <David.Lebryk@treasury.gov>
**Sent:** Thursday, April 9, 2020 1:24 PM
**To:** Ronda L. Kent <Ronda.Kent@fiscal.treasury.gov>
**Subject:** FW: Follow Up

This message was sent securely using  Zix Corp.

Interested in a mock up of a check with information below in the space (40 characters) where there is some flexibility. (b)(5)
(b)(5)

**From:** Myers, Baylor < Baylor.Myers@treasury.gov >
**Sent:** Thursday, April 9, 2020 1:18 PM
**To:** Lebryk, David < David.Lebryk@treasury.gov >
**Cc:** Crowley, Monica < Monica.Crowley@treasury.gov >
**Subject:** Follow Up

(b)(5)

This message was secured by **Zix** ® .

## RE: Follow Up - Sample checks

**From:**   Vona S. Robinson <susan.robinson@fiscal.treasury.gov>
**To:**     "Lebryk, David" <david.lebryk@treasury.gov>, Ronda L. Kent <ronda.kent@fiscal.treasury.gov>
**Date:**   Thu, 09 Apr 2020 16:54:08 -0400

> This message was sent securely using Zix ®

Ok thank you

**From:** David.Lebryk@treasury.gov <David.Lebryk@treasury.gov>
**Sent:** Thursday, April 9, 2020 3:48 PM
**To:** Vona S. Robinson <Susan.Robinson@fiscal.treasury.gov>; Ronda L. Kent <Ronda.Kent@fiscal.treasury.gov>
**Subject:** RE: Follow Up - Sample checks

> This message was sent securely using  Zix Corp.

Tonight will work, thanks.

Dave

**From:** Vona S. Robinson <Susan.Robinson@fiscal.treasury.gov>
**Sent:** Thursday, April 9, 2020 4:47 PM
**To:** Lebryk, David <David.Lebryk@treasury.gov>; Ronda L. Kent <Ronda.Kent@fiscal.treasury.gov>
**Subject:** RE: Follow Up - Sample checks

> This message was sent securely using Zix ®

Dave

The team is working on preparing a more realistic check – the attached was created using a PDF.  I was not sure when you needed it – but if you can wait a few hours they will have a better representation.

**From:** David.Lebryk@treasury.gov <David.Lebryk@treasury.gov>
**Sent:** Thursday, April 9, 2020 3:26 PM
**To:** Vona S. Robinson <Susan.Robinson@fiscal.treasury.gov>; Ronda L. Kent <Ronda.Kent@fiscal.treasury.gov>
**Subject:** FW: Follow Up - Sample checks

> This message was sent securely using  Zix Corp.

Susan – thanks for the quick turn.   The font seems larger than usual – Is there any control over the font? Or is it set?

Dave

**From:** (b)(6)                     @treasury.gov>
**Sent:** Thursday, April 9, 2020 4:22 PM
**To:** Lebryk, David <David.Lebryk@treasury.gov>
**Subject:** FW: Follow Up - Sample checks

**From:** Ronda L. Kent <Ronda.Kent@fiscal.treasury.gov>
**Sent:** Thursday, April 9, 2020 3:50 PM
**To:** David.lebryk@treasury.gov
**Cc:** Timothy E. Gribben <timothy.gribben@fiscal.treasury.gov>; Jeffrey J. Schramek <Jeffrey.Schramek@fiscal.treasury.gov>; gregory.till@treasury.gov; Vona S. Robinson <Susan.Robinson@fiscal.treasury.gov>; James J. Regan <James.Regan@fiscal.treasury.gov>
**Subject:** RE: Follow Up - Sample checks

Dave –

As requested, attached is a sample mock-up check from Susan's team (b)(5)
(b)(5)

Some things to note:

- The team is working on a more realistic version of the checks with the QR and bar codes.
- (b)(5) ███████████████████
- The information would be included in the payment file from IRS.
- (b)(5) ████████████████████████████████████
- (b)(5) ███████████████████████

(b)(5)
████████████████████████
████████████████████████
████████████████████████

Many thanks to Susan's team for turning this around so quickly.  Please let us know if this meets your request or if you have any other questions.

Ronda

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

Ronda Kent
Assistant Commissioner for Payment Management
Bureau of the Fiscal Service, U.S. Department of the Treasury
Office:  (202) 874-5319
Mobile: (b)(6) ███████████
Email:  ronda.kent@fiscal.treasury.gov
www.fiscal.treasury.gov
www.fmvision.fiscal.treasury.gov

**From:** David.Lebryk@treasury.gov <David.Lebryk@treasury.gov>
**Sent:** Thursday, April 9, 2020 1:24 PM
**To:** Ronda L. Kent <Ronda.Kent@fiscal.treasury.gov>
**Subject:** FW: Follow Up

This message was sent securely using  Zix Corp.

Interested in a mock up of a check with information below in the space (40 characters) where there is some flexibility. (b)(5) ███
(b)(5) ████████████████████████████████████████████

**From:** Myers, Baylor < Baylor.Myers@treasury.gov >
**Sent:** Thursday, April 9, 2020 1:18 PM
**To:** Lebryk, David < David.Lebryk@treasury.gov >
**Cc:** Crowley, Monica < Monica.Crowley@treasury.gov >
**Subject:** Follow Up

(b)(5)
████████████████████████
████████████████████████

This message was secured by Zix ® .

------------------------------------------------------------
This message was secured by Zix Corp (R) .

This message was secured by Zix ® .

------------------------------------------------------------
This message was secured by Zix Corp (R) .

UST_00000800

This message was secured by Zix ® .

**FW: Sample EIP checks updated**

| | |
|---|---|
| **From:** | Ronda L. Kent <ronda.kent@fiscal.treasury.gov> |
| **To:** | "Gribben, Timothy E." <timothy.gribben@fiscal.treasury.gov>, Jeffrey J. Schramek <jeffrey.schramek@fiscal.treasury.gov>, "Till, Gregory" <gregory.till@treasury.gov> |
| **Date:** | Thu, 09 Apr 2020 18:50:48 -0400 |

This message was sent securely using Zix ®

FYI

........................................................................................................................................

Ronda Kent
Assistant Commissioner for Payment Management
Bureau of the Fiscal Service, U.S. Department of the Treasury
Office: (202) 874-5319
Mobile: (b)(6)
Email: ronda.kent@fiscal.treasury.gov
www.fiscal.treasury.gov
www.fmvision.fiscal.treasury.gov

**From:** Vona S. Robinson <Susan.Robinson@fiscal.treasury.gov>
**Sent:** Thursday, April 9, 2020 6:33 PM
**To:** David.Iebryk@treasury.gov
**Cc:** Ronda L. Kent <Ronda.Kent@fiscal.treasury.gov>; Vona S. Robinson <Susan.Robinson@fiscal.treasury.gov>
**Subject:** FW: Sample EIP checks updated
**Importance:** High

Dave:

The attached checks provides (b)(5)                as well as the current option IRS programmed.

The **two** memo lines can be configured as long as each line does not exceed 40 characters including spaces.

Thanks
Susan

Susan Robinson
Executive Director
Kansas City Financial Center
816-414-2002 (office)
(b)(6)



(b)(5)

(b)(5)

## RE: Sample EIP checks updated

| | |
|---|---|
| **From:** | "Lebryk, David" <"/o=ustreasury/ou=do/cn=recipients/cn=lebrykd"> |
| **To:** | Vona S. Robinson <susan.robinson@fiscal.treasury.gov> |
| **Cc:** | Ronda L. Kent <ronda.kent@fiscal.treasury.gov> |
| **Date:** | Thu, 09 Apr 2020 19:15:02 -0400 |

Susan – Thanks for the quick turnaround.   You and your team are great.

Thanks,

Dave

**From:** Vona S. Robinson <Susan.Robinson@fiscal.treasury.gov>
**Sent:** Thursday, April 9, 2020 6:33 PM
**To:** Lebryk, David <David.Lebryk@treasury.gov>
**Cc:** Ronda L. Kent <Ronda.Kent@fiscal.treasury.gov>; Vona S. Robinson <Susan.Robinson@fiscal.treasury.gov>
**Subject:** FW: Sample EIP checks updated
**Importance:** High

This message was sent securely using Zix®

Dave:

The attached checks provides (b)(5) ████████████████ as well as the current option IRS programmed.

The **two** memo lines can be configured as long as each line does not exceed 40 characters including spaces.

Thanks
Susan

Susan Robinson
Executive Director
Kansas City Financial Center
816-414-2002 (office)
(b)(6) ████████

This message was secured by **Zix**® .

UST_00000806

**FW: Sample EIP checks updated**

| | |
|---|---|
| **From:** | "Lebryk, David" <david.lebryk@treasury.gov> |
| **To:** | "Till, Gregory" <gregory.till@treasury.gov>, (b)(6) ▮▮▮@treasury.gov> |
| **Date:** | Thu, 09 Apr 2020 19:22:38 -0400 |

FYI

**From:** Vona S. Robinson <Susan.Robinson@fiscal.treasury.gov>
**Sent:** Thursday, April 9, 2020 6:33 PM
**To:** Lebryk, David <David.lebryk@treasury.gov>
**Cc:** Ronda L. Kent <Ronda.Kent@fiscal.treasury.gov>; Vona S. Robinson <Susan.Robinson@fiscal.treasury.gov>
**Subject:** FW: Sample EIP checks updated
**Importance:** High

This message was sent securely using Zix®

Dave:

The attached checks provides (b)(5) ▮▮▮ as well as the current option IRS programmed.

The **two** memo lines can be configured as long as each line does not exceed 40 characters including spaces.

Thanks
Susan

Susan Robinson
Executive Director
Kansas City Financial Center
816-414-2002 (office)
(b)(6) ▮▮▮



(b)(5)



UST_00000808





UST_00000810

## Re: Check Images

**From:** "Myers, Baylor" <baylor.myers@treasury.gov>

**To:** Rettig Charles P <charles.p.rettig@irs.gov>, "Kautter, David" <david.kautter@treasury.gov>, "Lebryk, David" <david.lebryk@treasury.gov>

**Cc:** Rettig Charles P <charles.p.rettig@irs.gov>, "Tribiano, Jeffrey J." <jeffrey.j.tribiano@irs.gov>, Lough Sunita B <sunita.b.lough@irs.gov>, "Desmond, Michael J." <michael.j.desmond@irscounsel.treas.gov>

**Date:** Mon, 13 Apr 2020 20:08:09 -0400

Yes

---

**From:** Rettig Charles P <Charles.P.Rettig@irs.gov>
**Date:** April 13, 2020 at 7:36:05 PM EDT
**To:** Kautter, David <David.Kautter@treasury.gov>, Kautter, David <David.Kautter@treasury.gov>, Lebryk, David <David.Lebryk@treasury.gov>, Myers, Baylor <Baylor.Myers@treasury.gov>
**Cc:** Rettig Charles P <Charles.P.Rettig@irs.gov>, Tribiano, Jeffrey J. <jeffrey.j.tribiano@irs.gov>, Lough Sunita B <Sunita.B.Lough@irs.gov>, Desmond, Michael J. <michael.j.desmond@irscounsel.treas.gov>
**Subject:** FW: Check Images

Baylor,

Confirming these are direct instructions from the Secretary - that IRS is being instructed by the Secretary to include the specific language provided below on the memo portion of the paper checks.

Best,
Chuck

**Charles P. Rettig** | 202.317.7070 | charles.p.rettig@IRS.gov
Commissioner | Internal Revenue Service
1111 Constitution Avenue, N.W.
Washington, D.C. 20024

---

**From:** David.Kautter@treasury.gov <David.Kautter@treasury.gov>
**Sent:** Monday, April 13, 2020 7:25 PM
**To:** Rettig Charles P <Charles.P.Rettig@irs.gov>
**Cc:** David.Lebryk@treasury.gov
**Subject:** FW: Check Images

From Baylor

---

**From:** Myers, Baylor <Baylor.Myers@treasury.gov>
**Sent:** Monday, April 13, 2020 7:13 PM
**To:** Lebryk, David <David.Lebryk@treasury.gov>; Kautter, David <David.Kautter@treasury.gov>
**Cc:** Callanan, Brian <Brian.Callanan@treasury.gov>
**Subject:** FW: Check Images

(b)(5) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Economic Impact Payment
President Donald J. Trump

---

**From:** Myers, Baylor <Baylor.Myers@treasury.gov>
**Sent:** Friday, April 10, 2020 6:24 PM
**To:** Lebryk, David <David.Lebryk@treasury.gov>
**Subject:** Check Images

This is it.

UST_00000811

FW: Check Images

From:   Ronda L. Kent <ronda.kent@fiscal.treasury.gov>
To:     "Lebryk, David" <david.lebryk@treasury.gov>
Cc:     Vona S. Robinson <susan.robinson@fiscal.treasury.gov>, Linda Claire Chero <linda.chero@fiscal.treasury.gov>, "Till, Gregory" <gregory.till@treasury.gov>, Jeffrey J. Schramek <jeffrey.schramek@fiscal.treasury.gov>, "Gribben, Timothy E." <timothy.gribben@fiscal.treasury.gov> **(b)(6)** **(b)(6)** @fiscal.treasury.gov>
Date:   Tue, 14 Apr 2020 10:27:14 -0400

This message was sent securely using Zix ®

Dave –

To confirm, this is the correct memo line that IRS should include in its payment instructions?

    Economic Impact Payment
    President Donald J. Trump

If so, Susan can have the mock-up corrected.

Will we be allowed to share a mock-up with this language at our Ask the Fed and ABA webinars on Thursday and Friday?

Ronda

----------------------------------------

Ronda Kent
Assistant Commissioner for Payment Management
Bureau of the Fiscal Service, U.S. Department of the Treasury
Office: (202) 874-5319
Mobile: **(b)(6)**
Email: ronda.kent@fiscal.treasury.gov
www.fiscal.treasury.gov
www.fmvision.fiscal.treasury.gov

From: David.Lebryk@treasury.gov <David.Lebryk@treasury.gov>
Sent: Tuesday, April 14, 2020 10:10 AM
To: Vona S. Robinson <Susan.Robinson@fiscal.treasury.gov>; Linda Claire Chero <Linda.Chero@fiscal.treasury.gov>; Ronda L. Kent <Ronda.Kent@fiscal.treasury.gov>; gregory.till@treasury.gov; **(b)(6)** @treasury.gov
Subject: FW: Check Images

This message was sent securely using  Zix Corp.

Note the adjustment to the memo line.

Dave

From: Rettig Charles P <Charles.P.Rettig@irs.gov>
Sent: Monday, April 13, 2020 7:36 PM
To: Kautter, David <David.Kautter@treasury.gov>; Kautter, David <David.Kautter@treasury.gov>; Lebryk, David <David.Lebryk@treasury.gov>; Myers, Baylor <Baylor.Myers@treasury.gov>
Cc: Rettig Charles P <Charles.P.Rettig@irs.gov>; Tribiano, Jeffrey J. <jeffrey.j.tribiano@irs.gov>; Lough Sunita B <Sunita.B.Lough@irs.gov>; Desmond, Michael J. <michael.j.desmond@inscounsel.treas.gov>
Subject: FW: Check Images

Baylor,

Confirming these are direct instructions from the Secretary - that IRS is being instructed by the Secretary to include the specific language provided below on the memo portion of the paper checks.

Best,
Chuck

Charles P. Rettig  | 202.317.7070 |  charles.p.rettig@IRS.gov
Commissioner | Internal Revenue Service
1111 Constitution Avenue, N.W.
Washington, D.C. 20024

From: David.Kautter@treasury.gov <David.Kautter@treasury.gov>
Sent: Monday, April 13, 2020 7:25 PM
To: Rettig Charles P <Charles.P.Rettig@irs.gov>
Cc: David.Lebryk@treasury.gov
Subject: FW: Check Images

From Baylor

From: Myers, Baylor <Baylor.Myers@treasury.gov>
Sent: Monday, April 13, 2020 7:13 PM
To: Lebryk, David <David.Lebryk@treasury.gov>; Kautter, David <David.Kautter@treasury.gov>
Cc: Callanan, Brian <Brian.Callanan@treasury.gov>
Subject: FW: Check Images

(b)(5)

Economic Impact Payment
President Donald J. Trump

From: Myers, Baylor <Baylor.Myers@treasury.gov>
Sent: Friday, April 10, 2020 6:24 PM
To: Lebryk, David <David.Lebryk@treasury.gov>
Subject: Check Images

This is it.

(b)(5)

(b)(5)



UST_00000813

(b)(5)

**RE: Check Images**

| | |
|---|---|
| **From:** | Vona S. Robinson <susan.robinson@fiscal.treasury.gov> |
| **To:** | "Lebryk, David" <david.lebryk@treasury.gov>, Ronda L. Kent <ronda.kent@fiscal.treasury.gov> |
| **Cc:** | Linda Claire Chero <linda.chero@fiscal.treasury.gov>, "Till, Gregory" <gregory.till@treasury.gov>, Jeffrey J. Schramek <jeffrey.schramek@fiscal.treasury.gov>, **(b)(6)** **(b)(6)** @treasury.gov>, "Gribben, Timothy E." <timothy.gribben@fiscal.treasury.gov>, **(b)(6)** @fiscal.treasury.gov>, Vona S. Robinson <susan.robinson@fiscal.treasury.gov> |
| **Date:** | Tue, 14 Apr 2020 11:11:18 -0400 |

This message was sent securely using Zix ®

Dave

Updated check image attached.

Thanks
Susan

**From:** David.Lebryk@treasury.gov <David.Lebryk@treasury.gov>
**Sent:** Tuesday, April 14, 2020 9:36 AM
**To:** Ronda L. Kent <Ronda.Kent@fiscal.treasury.gov>
**Cc:** Vona S. Robinson <Susan.Robinson@fiscal.treasury.gov>; Linda Claire Chero <Linda.Chero@fiscal.treasury.gov>; gregory.till@treasury.gov; Jeffrey J. Schramek <Jeffrey.Schramek@fiscal.treasury.gov>; **(b)(6)** @treasury.gov; Timothy E. Gribben <timothy.gribben@fiscal.treasury.gov> **(b)(6)** @fiscal.treasury.gov>
**Subject:** Re: Check Images

This message was sent securely using Zix Corp.

Confirming the image.  I Will seek clearance to show later in week.

Dave

**From:** Ronda L. Kent <Ronda.Kent@fiscal.treasury.gov>
**Date:** April 14, 2020 at 10:27:59 AM EDT
**To:** Lebryk, David <David.Lebryk@treasury.gov>
**Cc:** Vona S. Robinson <Susan.Robinson@fiscal.treasury.gov>, Linda Claire Chero <Linda.Chero@fiscal.treasury.gov>, Till, Gregory <Gregory.Till@treasury.gov>, Jeffrey J. Schramek <Jeffrey.Schramek@fiscal.treasury.gov>, **(b)(6)** @treasury.gov>, Gribben, Timothy E. <timothy.gribben@fiscal.treasury.gov> **(b)(6)** **(b)(6)** @fiscal.treasury.gov>
**Subject:** Fw: Check Images

This message was sent securely using Zix®

Dave –

To confirm, this is the correct memo line that IRS should include in its payment instructions?

> Economic Impact Payment
> President Donald J. Trump

If so, Susan can have the mock-up corrected.

Will we be allowed to share a mock-up with this language at our Ask the Fed and ABA webinars on Thursday and Friday?

Ronda

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Ronda Kent
Assistant Commissioner for Payment Management
Bureau of the Fiscal Service, U.S. Department of the Treasury
Office:  (202) 874-5319
Mobile **(b)(6)**
Email:  ronda.kent@fiscal.treasury.gov
www.fiscal.treasury.gov
www.fmvision.fiscal.treasury.gov

**From:** David.Lebryk@treasury.gov <David.Lebryk@treasury.gov>
**Sent:** Tuesday, April 14, 2020 10:10 AM
**To:** Vona S. Robinson <Susan.Robinson@fiscal.treasury.gov>; Linda Claire Chero <Linda.Chero@fiscal.treasury.gov>; Ronda L. Kent <Ronda.Kent@fiscal.treasury.gov>; gregory.till@treasury.gov; **(b)(6)** @treasury.gov
**Subject:** FW: Check Images

This message was sent securely using  Zix Corp.

Note the adjustment to the memo line.

Dave

**From:** Rettig Charles P <Charles.P.Rettig@irs.gov>
**Sent:** Monday, April 13, 2020 7:36 PM
**To:** Kautter, David <David.Kautter@treasury.gov>; Kautter, David <David.Kautter@treasury.gov>; Lebryk, David <David.Lebryk@treasury.gov>; Myers, Baylor <Baylor.Myers@treasury.gov>
**Cc:** Rettig Charles P <Charles.P.Rettig@irs.gov>; Tribiano, Jeffrey J. <jeffrey.j.tribiano@irs.gov>; Lough Sunita B <Sunita.B.Lough@irs.gov>; Desmond, Michael J. <michael.j.desmond@irscounsel.treas.gov>
**Subject:** FW: Check Images

Baylor,

Confirming these are direct instructions from the Secretary - that IRS is being instructed by the Secretary to include the specific language provided below on the memo portion of the paper checks.

Best,
Chuck

Charles P. Rettig  | 202.317.7070 |  charles.p.rettig@IRS.gov
Commissioner | Internal Revenue Service
1111 Constitution Avenue, N.W.
Washington, D.C. 20024

**From:** David.Kautter@treasury.gov <David.Kautter@treasury.gov>
**Sent:** Monday, April 13, 2020 7:25 PM
**To:** Rettig Charles P <Charles.P.Rettig@irs.gov>
**Cc:** David.Lebryk@treasury.gov

Subject: FW: Check Images

From Baylor

**From:** Myers, Baylor <Baylor.Myers@treasury.gov>
**Sent:** Monday, April 13, 2020 7:13 PM
**To:** Lebryk, David <David.lebryk@treasury.gov>; Kautter, David <David.Kautter@treasury.gov>
**Cc:** Callanan, Brian <Brian.Callanan@treasury.gov>
**Subject:** FW: Check Images

 **(b)(5)**

Economic Impact Payment:
President Donald J. Trump

**From:** Myers, Baylor <Baylor.Myers@treasury.gov>
**Sent:** Friday, April 10, 2020 6:24 PM
**To:** Lebryk, David <David.lebryk@treasury.gov>
**Subject:** Check Images

This is it.

This message was secured by Zix ®.

This message was secured by Zix ®.



**(b)(5)**

(b)(5)

**FW: EIP paper check information**

| | |
|---|---|
| From: | Ronda L. Kent <ronda.kent@fiscal.treasury.gov> |
| To: | (b)(6) @fiscal.treasury.gov>, "Till, Gregory" <gregory.till@treasury.gov> |
| Date: | Tue, 14 Apr 2020 15:27:20 -0400 |

This message was sent securely using Zix ®

FYI

--------------------------------------------------------------------------------

Ronda Kent
Assistant Commissioner for Payment Management
Bureau of the Fiscal Service, U.S. Department of the Treasury
Office: (202) 874-5319
Mobile: (b)(6)
Email: ronda.kent@fiscal.treasury.gov
www.fiscal.treasury.gov
www.fmvision.fiscal.treasury.gov

**From:** Ronda L. Kent
**Sent:** Tuesday, April 14, 2020 1:42 PM
**To:** Corbin Kenneth C <Kenneth.C.Corbin@irs.gov>; Alito David P <David.P.Alito@irs.gov>; Garibotto Dianne T <Dianne.T.Garibotto@irs.gov>; Busby Virginia K <Virginia.K.Busby@irs.gov>
**Cc:** Vona S. Robinson <Susan.Robinson@fiscal.treasury.gov>; Jeffrey J. Schramek <Jeffrey.Schramek@fiscal.treasury.gov>
**Subject:** EIP paper check information

Hi Ken and others –

I wanted to make sure you are aware of the approval of the language for the Treasury check memo line. Attached is the mock-up. The memo lines are passed from IRS to BFS in the payment files.

Dave L received approval to share a mock-up at financial services industry webinars Dave and I will be speaking at on Thursday and Friday.

**The industry is very interested in anticipated check volumes and dollars** , preferably by geographic area, so they can be ready to support payees who need to deposit or cash their checks. Please let us know if you think we will have any high level information to share at our upcoming webinars or privately with the Federal Reserve Bank as they try to strategically place cash in the areas it may be needed. If possible, we would also like to share information with Walmart.

**The anticipated volume information is also critical for us to have for operational planning, especially for this upcoming weekend operations (and weekly thereafter). We understand this information is no longer being shared at the operational level. I appreciate any assistance you can provide.**

As an FYI, we have confirmed with the US Postal Service that they will be able to pick up mail 2x/day (am and pm) for both our operations centers, beginning on Monday, April 20.

Let me know if you would like to discuss.

Thanks.

Ronda

--------------------------------------------------------------------------------

Ronda Kent
Assistant Commissioner for Payment Management
Bureau of the Fiscal Service, U.S. Department of the Treasury
Office: (202) 874-5319
Mobile: (b)(6)
Email: ronda.kent@fiscal.treasury.gov
www.fiscal.treasury.gov
www.fmvision.fiscal.treasury.gov

**From:** David.Lebryk@treasury.gov <David.Lebryk@treasury.gov>
**Sent:** Tuesday, April 14, 2020 1:03 PM
**To:** Ronda L. Kent <Ronda.Kent@fiscal.treasury.gov>
**Subject:** FW: Follow-up and Need for Guidance

This message was sent securely using Zix Corp.

Green light!

**From:** Myers, Baylor < Baylor.Myers@treasury.gov >
**Sent:** Tuesday, April 14, 2020 12:52 PM
**To:** Lebryk, David < David.Lebryk@treasury.gov >
**Cc:** (b)(6) @treasury.gov >
**Subject:** RE: Follow-up and Need for Guidance

Thursday works. Thank you and let me know if we need anything else.

**From:** Lebryk, David < David.Lebryk@treasury.gov >
**Sent:** Tuesday, April 14, 2020 12:06 PM
**To:** Myers, Baylor < Baylor.Myers@treasury.gov >
**Cc:** (b)(6) @treasury.gov >
**Subject:** Follow-up and Need for Guidance

Baylor and (b)(6) – To recap: IRS will send the first check file to Fiscal on Friday, 4/17; the Bureau will work through the weekend. US Post Office will pick up weekend work on Monday; production and mailings will continue through-out the week; People should start seeing checks mid-week (approx.. Wednesday 4/22); First week volume is estimated between 5-7 million, starting with lowest AGI.

Also, I have attached a revised image of the check based on the direction provided yesterday. In order to prepare financial institutions for the upcoming issuance, I am holding briefings with Banking industry operations staff on Thursday and Friday. At some point, we will want to share an image of the check with banking ops people to facilitate check negotiation and reduce fraud. Ideally, we would share an image on Thursday. But no later than Monday (which will not be ideal from the banking industry's perspective).

(b)(5)

Thanks.

Dave

--------------------------------------------------------------------------------

This message was secured by Zix Corp (R) .

--------------------------------------------------------------------------------

This message was secured by Zix ® .

(b)(5)

(b)(5)



Declaration of Michelle A. Dickerman
Exhibit H Page 33

UST_00000819

(b)(5)

## Re: WaPo: Coming to your $1,200 relief check: Donald J. Trump's name

| | |
|---|---|
| **From:** | "Crowley, Monica" <"/o=ustreasury/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=37381eb2c0ce46719741c3d1df828534-crowley, moni"> |
| **To:** | "Deere, Judd P. EOP/WHO" (b)(6) |
| **Cc:** | "Gidley, Hogan H. EOP/WHO" (b)(6) |
| **Date:** | Tue, 14 Apr 2020 21:05:50 -0400 |

(b)(5)

**From:** (b)(6)                              @who.eop.gov>
**Date:** April 14, 2020 at 8:58:13 PM EDT
**To:** Crowley, Monica <Monica.Crowley@treasury.gov>
**Cc:** (b)(6)                          @who.eop.gov>
**Subject:** FW: WaPo: Coming to your $1,200 relief check: Donald J. Trump's name

** **Caution:** External email. Pay attention to suspicious links and attachments. Send suspicious email to suspect@treasury.gov **

Monica,   (b)(5)

**From:** Comms Alert <CommsAlert@GOP.COM>
**Sent:** Tuesday, April 14, 2020 8:56 PM
**To:** COMMSALERT@L.GOP.COM
**Subject:** [EXTERNAL] WaPo: Coming to your $1,200 relief check: Donald J. Trump's name

**Coming to your $1,200 relief check: Donald J. Trump's name**
Washington Post
Lisa Rein
April 14, 2020 – 8:46 PM
>https://www.washingtonpost.com/politics/coming-to-your-1200-relief-check-donald-j-trumps-name/2020/04/14/071016c2-7e82-11ea-8013-1b6da0e4a2b7_story.html<

The Treasury Department has ordered President Trump's name be printed on stimulus checks the Internal Revenue Service is rushing to send to tens of millions of Americans, a process that is expected to slow their delivery by several days, senior agency officials said.

The unprecedented decision, finalized late Monday, means that when recipients open the $1,200 paper checks the IRS is scheduled to begin sending to 70 million Americans in coming days, "President Donald J. Trump" will appear on the left side of the payment.

It will be the first time a president's signature appears on an IRS disbursement, whether a routine refund or one of the handful of checks the government has issued to taxpayers in recent decades either to stimulate a down economy or share the dividends of a strong one.

While some people receiving the checks — the centerpiece of the U.S. government's economic relief package to stave off the effects of the coronavirus pandemic — may not care, or observe, whose name appears on them, the decision is another sign of Trump's effort to cast his response to the pandemic in political terms.

Trump had privately suggested to Treasury Secretary Steven Mnuchin, who oversees the IRS, to allow the president to formally sign the checks, according to three administration officials who asked not to be named because they were not authorized to speak publicly.

But the president is not an authorized signer for legal disbursements by the U.S. Treasury. It is standard practice for a civil servant to sign checks issued by the Treasury Department to ensure that government payments are nonpartisan.

The checks will instead bear Trump's name in the memo line, below a line that reads, "Economic Impact Payment," the administration officials said.

The IRS will mail the checks to people for whom it does not have banking information. Many of them have low incomes.

The checks will carry the signature of an official with the Bureau of the Fiscal Service, the Treasury Department division that prints the checks. The checks will follow direct deposits issued in recent days to the bank accounts of about 80 million people. Those payments do not include Trump's name.

The decision to have the paper checks bear Trump's name, in the works for weeks, according to a Treasury official, was announced early Tuesday to the IRS's information technology team. The team, working from home, is now racing to implement a programming change that two senior officials said will likely lead to a delay in issuing the first batch of paper checks. They are scheduled to be sent Thursday to the Bureau of the Fiscal Service for printing and issuing.

Computer code must be changed to include the president's name and the system must be tested, these official said. A Treasury Department spokesperson, however, denied any delay and said the plan all along was to issue the checks next week.

"Economic Impact Payment checks are scheduled to go out on time and exactly as planned—there is absolutely no delay whatsoever," the spokesperson said in a written statement. She said this was a faster process than the stimulus checks the George W. Bush administration issued in 2008 to head off a looming recession.

"In fact, we expect the first checks to be in the mail early next week which is well in advance of when the first checks went out in 2008 and well in advance of initial estimates," the statement said.

An IRS spokesperson referred questions to the Treasury Department.

The paper checks are scheduled to be issued at a rate of 5 million each week until September, starting with the lowest-income taxpayers. They're for taxpayers whose bank information is not on file with the IRS.

The $2.1 trillion stimulus, the government's largest and most recent coronavirus rescue package, was passed by a bipartisan Congress and signed by the president. The checks to individual taxpayers were not originally Trump's idea, but he embraced them after Sens. Josh Hawley (R-Mo.) and Mitt Romney (R-Utah) proposed them.

The White House had initially floated a payroll tax cut as a centerpiece of its stimulus effort but backed off that plan amid concerns it would not reach American households quickly enough.

Trump has repeatedly called the legislation "a Trump administration initiative" and placed himself singularly at the center of what the government is doing to help Americans during the coronavirus response — taking full credit.

About six months before he faces reelection, with his campaign on pause because the virus has prevented him from holding the rallies that are popular with his base, the checks provide Trump with a new form of retail politics. A check provides a touchable, bread-and-butter symbol to taxpayers right in their mailboxes.

But to critics and some IRS employees, many of whom started to learn of the decision on Tuesday, the presence of Trump's name on the checks reeks of partisanship in a corner of the government that touches all Americans and has, since the Nixon era, steadfastly steered clear of politics. After president Richard Nixon targeted a wide range of "enemy" groups for tax audits, including civil rights groups, reporters and prominent Democrats, Congress enacted laws to ensure that the agency conducts itself apolitically.

"Taxes are supposed to be nonpolitical and it's that simple," said Nina Olson, who stepped down last fall after an 18-year tenure as the National Taxpayer Advocate, leading an arm of the IRS that helps individual taxpayers resolve tax problems, manage clinics for low-income taxpayers and advise the agency on service issues.

"It's absolutely unprecedented," Olson said.

She recalled that when the Bush administration delivered economic rebate checks of $300 to $600 to taxpayers in 2001 to share the benefits of a strong economy, the White House asked the IRS to include in a letter to taxpayers a sentence that took credit for "giving you your money back."

The IRS commissioner at the time refused, Olson recalled, because the move was perceived as too political.

When the Bush administration launched its $168 billion economic stimulus package in 2008, the checks were signed by a treasury official.

Only the IRS commissioner and general counsel are politically appointed. The current, Trump-appointed commissioner, Charles Rettig, a tax attorney confirmed by the Senate in 2018, was appointed to a five-year term designed to carry over into a possible new administration.

Chad Hooper, a quality-control manager who serves as national president of the IRS's Professional Managers Association, said he was appalled by what he called "an abuse of government resources."

"In this time of need for additional resources," Hooper said, "anything that takes our focus from getting those checks out the door and hampers the equitable, fair administration of the tax code is not something we can support."

House Speaker Nancy Pelosi (D-Calif.) has dismissed suggestions about Trump signing checks or having his name attached. Last week she said the payments should go out as quickly as possible without "waiting for a fancy-Dan letter from the president ...."

About 150 million Americans and others are expected to receive the one-time payment. The first wave of recipients includes mainly people who filed a 2018 or 2019 tax return and gave the IRS their direct deposit information.

Under the stimulus plan, single filers earning up to $75,000 a year receive a payment of $1,200. Married couples earning up to $150,000 a year receive a payment of $2,400. Parents receive an additional $500 for each child under 17.

To Unsubscribe Email COMMSALERT-signoff-request@L.GOP.COM

## RE: WaPo: Coming to your $1,200 relief check: Donald J. Trump's name

| | |
|---|---|
| From: | (b)(6)  @who.eop.gov> |
| To: | "Crowley, Monica" <monica.crowley@treasury.gov> |
| Cc: | (b)(6)  @who.eop.gov> |
| Date: | Tue, 14 Apr 2020 21:07:26 -0400 |

** Caution: External email. Pay attention to suspicious links and attachments. Send suspicious email to suspect@treasury.gov **

(b)(5)

From: Monica.Crowley@treasury.gov <Monica.Crowley@treasury.gov>
Sent: Tuesday, April 14, 2020 9:06 PM
To: (b)(6)  :@who.eop.gov>
Cc: (b)(6)  @who.eop.gov>
Subject: Re: WaPo: Coming to your $1,200 relief check: Donald J. Trump's name

(b)(5)

From: (b)(6)  @who.eop.gov>
Date: April 14, 2020 at 8:58:13 PM EDT
To: Crowley, Monica <Monica.Crowley@treasury.gov>
Cc: (b)(6)  @who.eop.gov>
Subject: FW: WaPo: Coming to your $1,200 relief check: Donald J. Trump's name

** Caution: External email. Pay attention to suspicious links and attachments. Send suspicious email to suspect@treasury.gov **

(b)(5)

From: Comms Alert <CommsAlert@GOP.COM>
Sent: Tuesday, April 14, 2020 8:56 PM
To: COMMSALERT@L.GOP.COM
Subject: [EXTERNAL] WaPo: Coming to your $1,200 relief check: Donald J. Trump's name

**Coming to your $1,200 relief check: Donald J. Trump's name**
Washington Post
Lisa Rein
April 14, 2020 – 8:46 PM
>>https://www.washingtonpost.com/politics/coming-to-your-1200-relief-check-donald-j-trumps-name/2020/04/14/071016c2-7e82-11ea-8013-1b6da0e4a2b7_story.html<<

The Treasury Department has ordered President Trump's name be printed on stimulus checks the Internal Revenue Service is rushing to send to tens of millions of Americans, a process that is expected to slow their delivery by several days, senior agency officials said.

The unprecedented decision, finalized late Monday, means that when recipients open the $1,200 paper checks the IRS is scheduled to begin sending to 70 million Americans in coming days, "President Donald J. Trump" will appear on the left side of the payment.

It will be the first time a president's signature appears on an IRS disbursement, whether a routine refund or one of the handful of checks the government has issued to taxpayers in recent decades either to stimulate a down economy or share the dividends of a strong one.

While some people receiving the checks — the centerpiece of the U.S. government's economic relief package to stave off the effects of the coronavirus pandemic — may not care, or observe, whose name appears on them, the decision is another sign of Trump's effort to cast his response to the pandemic in political terms.

Trump had privately suggested to Treasury Secretary Steven Mnuchin, who oversees the IRS, to allow the president to formally sign the checks, according to three administration officials who asked not to be named because they were not authorized to speak publicly.

But the president is not an authorized signer for legal disbursements by the U.S. Treasury. It is standard practice for a civil servant to sign checks issued by the Treasury Department to ensure that government payments are nonpartisan.

The checks will instead bear Trump's name in the memo line, below a line that reads, "Economic Impact Payment," the administration officials said.

The IRS will mail the checks to people for whom it does not have banking information. Many of them have low incomes.

The checks will carry the signature of an official with the Bureau of the Fiscal Service, the Treasury Department division that prints the checks. The checks will follow direct deposits issued in recent days to the bank accounts of about 80 million people. Those payments do not include Trump's name.

The decision to have the paper checks bear Trump's name, in the works for weeks, according to a Treasury official, was announced early Tuesday to the IRS's information technology team. The team, working from home, is now racing to implement a programming change that two senior officials said will likely lead to a delay in issuing the first batch of paper checks. They are scheduled to be sent Thursday to the Bureau of the Fiscal Service for printing and issuing.

Computer code must be changed to include the president's name and the system must be tested, these official said. A Treasury Department spokesperson, however, denied any delay and said the plan all along was to issue the checks next week.

"Economic Impact Payment checks are scheduled to go out on time and exactly as planned—there is absolutely no delay whatsoever," the spokesperson said in a written statement. She said this was a faster process than the stimulus checks the George W. Bush administration issued in 2008 to head off a looming recession.

"In fact, we expect the first checks to be in the mail early next week which is well in advance of when the first checks went out in 2008 and well in advance of initial estimates," the statement said.

An IRS spokesperson referred questions to the Treasury Department.

The paper checks are scheduled to be issued at a rate of 5 million each week until September, starting with the lowest-income taxpayers. They're for taxpayers whose bank information is not on file with the IRS.

The $2.1 trillion stimulus, the government's largest and most recent coronavirus rescue package, was passed by a bipartisan Congress and signed by the president. The checks to individual taxpayers were not originally Trump's idea, but he embraced them after Sens. Josh Hawley (R-Mo.) and Mitt Romney (R-Utah) proposed them.

The White House had initially floated a payroll tax cut as a centerpiece of its stimulus effort but backed off that plan amid concerns it would not reach American households quickly enough.

Trump has repeatedly called the legislation "a Trump administration initiative" and placed himself singularly at the center of what the government is doing to help Americans during the coronavirus response — taking full credit.

About six months before he faces reelection, with his campaign on pause because the virus has prevented him from holding the rallies that are popular with his base, the checks provide Trump with a new form of retail politics. A check provides a touchable, bread-and-butter symbol to taxpayers right in their mailboxes.

But to critics and some IRS employees, many of whom started to learn of the decision on Tuesday, the presence of Trump's name on the checks reeks of partisanship in a corner of the government that touches all Americans and has, since the Nixon era, steadfastly steered clear of politics. After president Richard Nixon targeted a wide range of "enemy" groups for tax audits, including civil rights groups, reporters and prominent Democrats, Congress enacted laws to ensure that the agency conducts itself apolitically.

"Taxes are supposed to be nonpolitical and it's that simple," said Nina Olson, who stepped down last fall after an 18-year tenure as the National Taxpayer Advocate, leading an arm of the IRS that helps individual taxpayers resolve tax problems, manage clinics for low-income taxpayers and advise the agency on service issues.

"It's absolutely unprecedented," Olson said.

She recalled that when the Bush administration delivered economic rebate checks of $300 to $600 to taxpayers in 2001 to share the

benefits of a strong economy, the White House asked the IRS to include in a letter to taxpayers a sentence that took credit for "giving you your money back."

The IRS commissioner at the time refused, Olson recalled, because the move was perceived as too political.

When the Bush administration launched its $168 billion economic stimulus package in 2008, the checks were signed by a treasury official.

Only the IRS commissioner and general counsel are politically appointed. The current, Trump-appointed commissioner, Charles Rettig, a tax attorney confirmed by the Senate in 2018, was appointed to a five-year term designed to carry over into a possible new administration.

Chad Hooper, a quality-control manager who serves as national president of the IRS's Professional Managers Association, said he was appalled by what he called "an abuse of government resources."

"In this time of need for additional resources," Hooper said, "anything that takes our focus from getting those checks out the door and hampers the equitable, fair administration of the tax code is not something we can support."

House Speaker Nancy Pelosi (D-Calif.) has dismissed suggestions about Trump signing checks or having his name attached. Last week she said the payments should go out as quickly as possible without "waiting for a fancy-Dan letter from the president ...."

About 150 million Americans and others are expected to receive the one-time payment. The first wave of recipients includes mainly people who filed a 2018 or 2019 tax return and gave the IRS their direct deposit information.

Under the stimulus plan, single filers earning up to $75,000 a year receive a payment of $1,200. Married couples earning up to $150,000 a year receive a payment of $2,400. Parents receive an additional $500 for each child under 17.

To Unsubscribe Email COMMSALERT-signoff-request@L.GOP.COM

## Re: Flagging: The Washington Post: Coming to your $1,200 relief check: Donald J. Trump's name

| | |
|---|---|
| **From:** | "Morgenstern, Brian" <brian.morgenstern@treasury.gov> |
| **To:** | "Crowley, Monica" <monica.crowley@treasury.gov> |
| **Date:** | Tue, 14 Apr 2020 22:21:24 -0400 |

(b)(5)

From: Crowley, Monica <Monica.Crowley@treasury.gov>
Date: April 14, 2020 at 9:15:43 PM EDT
To: Morgenstern, Brian <Brian.Morgenstern@treasury.gov>, Kautter, David <David.Kautter@treasury.gov>, (b)(6)
(b)(6) @treasury.gov>, (b)(6) @treasury.gov>
Subject: Re: Flagging: The Washington Post: Coming to your $1,200 relief check: Donald J. Trump's name

(b)(5)

From: Morgenstern, Brian <Brian.Morgenstern@treasury.gov>
Date: April 14, 2020 at 9:12:04 PM EDT
To: Crowley, Monica <Monica.Crowley@treasury.gov>, Kautter, David <David.Kautter@treasury.gov>, (b)(6)
(b)(6) @treasury.gov>
Subject: Fwd: Flagging: The Washington Post: Coming to your $1,200 relief check: Donald J. Trump's name
Importance: High

Getting requests to confirm this story

From: (b)(6) @treasury.gov>
Date: April 14, 2020 at 9:09:41 PM EDT
To: DL_Public Affairs <PublicAffairsDL@do.treas.gov>, (b)(6) @treasury.gov> (b)(6)
(b)(6) @treasury.gov>, Vaughan, Frederick <Frederick.Vaughan@treasury.gov>, Blum, Jonathan
<Jonathan.Blum@treasury.gov>
Subject: Flagging: The Washington Post: Coming to your $1,200 relief check: Donald J. Trump's name
Importance: High

## The Washington Post: Coming to your $1,200 relief check: Donald J. Trump's name

Lisa Rein

The Treasury Department has ordered President Trump's name be printed on stimulus checks the Internal Revenue Service is rushing to send to tens of millions of Americans, a process that is expected to slow their delivery by several days, senior agency officials said.

The unprecedented decision, finalized late Monday, means that when recipients open the $1,200 paper checks the IRS is scheduled to begin sending to 70 million Americans in coming days, "President Donald J. Trump" will appear on the left side of the payment.

It will be the first time a president's signature appears on an IRS disbursement, whether a routine refund or one of the handful of checks the government has issued to taxpayers in recent decades either to stimulate a down economy or share the dividends of a strong one.

While some people receiving the checks — the centerpiece of the U.S. government's economic relief package to stave of the effects of the coronaviruspandemic — may not care, or observe, whose name appears on them, the decision is another sign of Trump's effort to cast his response to the pandemic in political terms.

Trump had privately suggested to Treasury Secretary Steven Mnuchin, who oversees the IRS, to allow the president to formally sign the checks, according to three administration officials who spoke on the condition of anonymity because they were not authorized to speak publicly.

But the president is not an authorized signer for legal disbursements by the U.S. Treasury. It is standard practice for a civil servant to sign checks issued by the Treasury Department to ensure that government payments are nonpartisan.

The checks will instead bear Trump's name in the memo line, below a line that reads, "Economic Impact Payment," the administration officials said.

The IRS will mail the checks to people for whom it does not have banking information. Many of them have low incomes.

The checks will carry the signature of an official with the Bureau of the Fiscal Service, the Treasury Department division that prints the checks. The checks will follow direct deposits issued in recent days to the bank accounts of about 80 million people. Those payments do not include Trump's name.

The decision to have the paper checks bear Trump's name, in the works for weeks, according to a Treasury official, was announced early Tuesday to the IRS's information technology team. The team, working from home, is now racing to implement a programming change that two senior officials said will probably lead to a delay in issuing the first batch of paper checks. They are scheduled to be sent Thursday to the Bureau of the Fiscal Service for printing and issuing.

Computer code must be changed to include the president's name, and the system must be tested, these officials said. A Treasury Department spokesperson, however, denied any delay and said the plan all along was to issue the checks next week.

"Economic Impact Payment checks are scheduled to go out on time and exactly as planned— there is absolutely no delay whatsoever," the spokesperson said in a written statement. She said this was a faster process than the stimulus checks the George W. Bush administration issued in 2008 to head off a looming recession.

"In fact, we expect the first checks to be in the mail early next week which is well in advance of when the first checks went out in 2008 and well in advance of initial estimates," the statement said.

An IRS spokesperson referred questions to the Treasury Department.

The paper checks are scheduled to be issued at a rate of 5 million each week until September, starting with the lowest-income taxpayers. They're for taxpayers whose bank information is not on file with the IRS.

The $2 trillion stimulus, the government's largest and most recent coronavirus rescue package, was passed by a bipartisan Congress and signed by the president. The checks to individual taxpayers were not originally Trump's idea, but he embraced them after Sens. Josh Hawley (R-Mo.) and Mitt Romney (R-Utah) proposed them.

The White House had initially floated a payroll tax cut as a centerpiece of its stimulus effort but backed off that plan amid concerns it would not reach American households quickly enough.

Trump has repeatedly called the legislation "a Trump administration initiative" and placed himself singularly at the center of what the government is doing to help Americans during the coronavirus response — taking full credit.

About six months before he faces reelection, with his campaign on pause because the virus has prevented him from holding the rallies that are popular with his base, the checks provide Trump with a new form of retail politics. A check provides a touchable, bread-and-butter symbol to taxpayers right in their mailboxes.

But to critics and some IRS employees, many of whom started to learn of the decision on Tuesday, the presence of Trump's name on the checks reeks of partisanship in a corner of the government that touches all Americans and has, since the Nixon era, steadfastly steered clear of politics. After president Richard Nixon targeted a wide range of "enemy" groups for tax audits, including civil rights groups, reporters and prominent Democrats, Congress enacted

laws to ensure that the agency conducts itself apolitically.

"Taxes are supposed to be nonpolitical, and it's that simple," said Nina Olson, who stepped down last fall after an 18-year tenure as the National Taxpayer Advocate, leading an arm of the IRS that helps individual taxpayers resolve tax problems, manages clinics for low-income taxpayers and advises the agency on service issues.

"It's absolutely unprecedented," Olson said.

She recalled that when the Bush administration delivered economic rebate checks of $300 to $600 to taxpayers in 2001 to share the benefits of a strong economy, the White House asked the IRS to include in a letter to taxpayers a sentence that took credit for "giving you your money back."

The IRS commissioner at the time refused, Olson recalled, because the move was perceived as too political.

When the Bush administration launched its $168 billion economic stimulus package in 2008, the checks were signed by a treasury official.

Only the IRS commissioner and general counsel are politically appointed. The current, Trump-appointed commissioner, Charles Rettig, a tax attorney confirmed by the Senate in 2018, was appointed to a five-year term designed to carry over into a possible new administration.

Chad Hooper, a quality-control manager who serves as national president of the IRS's Professional Managers Association, said he was appalled by what he called "an abuse of government resources."

"In this time of need for additional resources," Hooper said, "anything that takes our focus from getting those checks out the door and hampers the equitable, fair administration of the tax code is not something we can support."

House Speaker Nancy Pelosi (D-Calif.) has dismissed suggestions about Trump signing checks or having his name attached. Last week she said the payments should go out as quickly as possible without "waiting for a fancy-Dan letter from the president."

About 150 million Americans and others are expected to receive the one-time payment. The first wave of recipients includes mainly people who filed a 2018 or 2019 tax return and gave the IRS their direct deposit information.

Under the stimulus plan, single filers earning up to $75,000 a year receive a payment of $1,200. Married couples earning up to $150,000 a year receive a payment of $2,400. Parents receive an additional $500 for each child under 17.

Erica Werner contributed to this report.

—

UST_00000834

## Treasury notice re Checks for Stimulus Payment

**From:**  Ronda L. Kent <ronda.kent@fiscal.treasury.gov>
**To:**  "Till, Gregory" <gregory.till@treasury.gov>, (b)(6) @treasury.gov>, Jeffrey J. Schramek <jeffrey.schramek@fiscal.treasury.gov>
**Cc:**  (b)(6) @fiscal.treasury.gov>
**Date:**  Thu, 16 Apr 2020 18:24:06 -0400

This message was sent securely using Zix ®

Greg, Jeff, Matt G –

Attached is our latest proposed draft Treasury notice to be shared with the financial services industry via the FRB channel.

(b)(5)                                       Dave L indicated he got approval to share the check images.

Ronda

----------------------------------------------------------------------------------------------

Ronda Kent
Assistant Commissioner for Payment Management
Bureau of the Fiscal Service, U.S. Department of the Treasury
Office:  (202) 874-5319
Mobile: (b)(6)
Email: ronda.kent@fiscal.treasury.gov
www.fiscal.treasury.gov
www.fmvision.fiscal.treasury.gov

This message was secured by **Zix** ® .

**FW: Treasury notice on checks**

| | |
|---|---|
| **From:** | ░░(b)(6)░░ @fiscal.treasury.gov> |
| **To:** | ░(b)(6)░ @treasury.gov> |
| **Cc:** | Ronda L. Kent <ronda.kent@fiscal.treasury.gov>, "Till, Gregory" <gregory.till@treasury.gov> |
| **Date:** | Fri, 17 Apr 2020 17:37:56 -0400 |

*This message was sent securely using Zix*

**(b)** - See attached and below.

Sent via the Samsung Galaxy S7, an AT&T 4G LTE smartphone

-------- Original message --------
From: "Miller, Korie"
Date: 4/17/20 5:35 PM (GMT-05:00)
To: "Ronda L. Kent", "Kathy Paese (FRB)", ░(b)(6)░ ░(b)(6)░
Cc: ░(b)(6)░ ░(b)(6)░ @treasury.gov, "Matthew Torbett (FRB)"
Subject: RE: Treasury notice on checks

**TREASURY UNCLASSIFIED // EXTERNAL**

This was sent. Attached is the pdf.

**From:** Ronda L. Kent <Ronda.Kent@fiscal.treasury.gov>
**Sent:** Friday, April 17, 2020 2:57 PM
**To:** Paese, Kathy O <kathy.o.paese@stls.frb.org>; ░(b)(6)░ @fiscal.treasury.gov> ░(b)(6)░ gpupdate /force (Treasury) <michele.gadson@fiscal.treasury.gov>
**Cc:** Miller, Korie <Korie.Miller@chi.frb.org>; Felmlee, Donna (Treasury) <donna.felmlee@fiscal.treasury.gov>; ░(b)(6)░ @treasury.gov
**Subject:** RE: Treasury notice on checks

*This message was sent securely using Zix*

We are good to go on the attached Treasury notice.

**(b)(5)**

Ronda

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Ronda Kent
Assistant Commissioner for Payment Management
Bureau of the Fiscal Service, U.S. Department of the Treasury
Office: (202) 874-5319
Mobile: ░(b)(6)░
Email: ronda.kent@fiscal.treasury.gov
www.fiscal.treasury.gov
www.fmvision.fiscal.treasury.gov

**From:** Paese, Kathy O <kathy.o.paese@stls.frb.org >
**Sent:** Friday, April 17, 2020 9:49 AM
**To:** Ronda L. Kent < Ronda.Kent@fiscal.treasury.gov >
**Cc:** Korie Miller (FRB) < Korie.Miller@chi.frb.org >
**Subject:** RE: Treasury notice on checks

**TREASURY UNCLASSIFIED // EXTERNAL**

Got it.  We'll prepare for distribution but hold until you give us the ok.

Kathleen O. Paese
Executive Vice President and Product Manager
Treasury Division
Phone: 314-444-8453
Cell: ░(b)(6)░



FEDERAL RESERVE BANK — ST. LOUIS
CENTRAL TO AMERICA'S ECONOMY™

**From:** Ronda L. Kent < Ronda.Kent@fiscal.treasury.gov >
**Sent:** Friday, April 17, 2020 7:44 AM
**To:** Paese, Kathy O < kathy.o.paese@stls.frb.org >; Torbett, Matthew W < matthew.w.torbett@stls.frb.org >; Gadson, gpupdate /force (Treasury) < michele.gadson@fiscal.treasury.gov >; ░(b)(6)░ e@fiscal.treasury.gov >
Cc: ░(b)(6)░ @fiscal.treasury.gov >; ░(b)(6)░ @treasury.gov
**Subject:** Treasury notice on checks

*This message was sent securely using Zix*

Good morning –

Attached is a DRAFT Treasury notice on checks and TCVA.  We are working on getting final clearance, but I wanted to share so you could start preparing for delivery.

**Please hold until we have approval.**  Our hope is to be able to send today, but that could change.

Thanks!

Ronda

■▬ ·····················································································································

Ronda Kent
Assistant Commissioner for Payment Management
Bureau of the Fiscal Service, U.S. Department of the Treasury
Office:  (202) 874-5319
Mobile: ███████
Email:  ronda.kent@fiscal.treasury.gov
www.fiscal.treasury.gov
www.fmvision.fiscal.treasury.gov

This message was secured by Zix ®
This message was secured in transit. REP-ZFRSSE

This message was secured in transit. ZFRSSE

_____

This message was secured by Zix Corp (R) .

This message was secured by Zix ®
This message was secured in transit. REP-ZFRSSE

**This message was secured in transit. ZFRSSE**

This e-mail message, including attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.

_____

This message was secured by Zix Corp (R) .

This message was secured by Zix ® .

## FW: Check Images

| | |
|---|---|
| From: | "Lebryk, David" </o=ustreasury/ou=do/cn=recipients/cn=lebrykd"> |
| To: | (b)(6) .com |
| Date: | Sat, 11 Apr 2020 13:05:45 -0400 |

**From:** Lebryk, David <David.Lebryk@treasury.gov>
**Date:** April 11, 2020 at 12:47:19 PM EDT
**To:** Vona S. Robinson <Susan.Robinson@fiscal.treasury.gov>, Gribben, Timothy E. <timothy.gribben@fiscal.treasury.gov>, Ronda L. Kent <Ronda.Kent@fiscal.treasury.gov>, Till, Gregory <Gregory.Till@treasury.gov> (b)(6) @treasury.gov>
**Subject:** FW: Check Images

Fyi — irs will be making the change.

Dave

**From:** Lebryk, David <David.Lebryk@treasury.gov>
**Date:** April 10, 2020 at 6:41:44 PM EDT
**To:** 'Rettig Charles P' <Charles.P.Rettig@irs.gov>, Kautter, David <David.Kautter@treasury.gov>
**Subject:** FW: Check Images

Chuck — We got word from the Secretary that he would like the memo line on Economic Impact Payments to read consistent with the attached image.

Thanks and, again, what a great achievement today.

Dave

**From:** Myers, Baylor <Baylor.Myers@treasury.gov>
**Sent:** Friday, April 10, 2020 6:24 PM
**To:** Lebryk, David <David.Lebryk@treasury.gov>
**Subject:** Check Images

This is it

(b)(5)



(b)(5)

