# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., <br><br> *and* <br><br> BENJAMIN GITTLESON, <br><br>     Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY, <br><br>     Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    Civil Action No. 1:20-cv-01568 (CJN) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated December 13, 2021, the parties in the above-captioned case report as follows:

1.     This case concerns a Freedom of Information Act ("FOIA") request submitted by Plaintiffs American Broadcasting Companies, Inc. ("ABC") and Benjamin Gittleson ("Gittleson") (collectively, "Plaintiffs") to Defendant, the U.S. Department of the Treasury ("Treasury"), (the "Request").

2.     As previously reported to the Court, the parties have reached an agreement in principle to resolve the case without the need to complete briefing on the motions for summary judgment. *See* Joint Status Report, ECF No. 27.

3.     The parties are making progress in finalizing a settlement agreement but require additional time to do so.

4.     The parties propose to file a further joint status report by February 14, 2022, if they have not stipulated to dismissal by that date.

Dated: January 13, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch


 /s/ Amber Richer
AMBER RICHER (CA Bar No. 253918)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-3489
Email: amber.richer@usdoj.gov
*Attorneys for Defendant*

*/s/ Adam A. Marshall*
Adam A. Marshall
D.C. Bar No. 1029423
Email: amarshall@rcfp.org
Katie Townsend
D.C. Bar No. 1026115
Email: ktownsend@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
*Counsel for Plaintiffs*